Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
777 N. Rainbow Blvd., Suite 350
Las Vegas, NV 89107
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000, <br><br> Defendants. | Case No. 2:11-cv-00738-PMP-RJJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE** |

Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of the following Defendants:

| | |
|---|---|
| Defendant 2: | 21centurybags.co |
| Defendant 3: | 21replica.com |
| Defendant 11: | amazingreplica.com |
| Defendant 15: | besthandbagsstore.mdsoll.cn |
| Defendant 19: | beubag.com |
| Defendant 29: | cnreplica-handbags.com |
| Defendant 30: | copycatshades.com |
| Defendant 33: | designer-handbag-replica.com |
| Defendant 36: | discount-designer-bags.com |
| Defendant 43: | fabaaa.com |
| Defendant 63: | handbagsonsaleus.com |
| Defendant 70: | hightbrand.com |
| Defendant 81: | jeanybags.com |
| Defendant 83: | knockoffhandbagsa.com |
| Defendant 91: | louisvuittonreplica.org |
| Defendant 94: | louisvuittonstuff.com |
| Defendant 110: | nexthandbags.com |
| Defendant 117: | popswisswatches.com |
| Defendant 120: | poshreplica.com |
| Defendant 122: | pursestore.uk.com |
| Defendant 123: | pursestrade.com |
| Defendant 128: | replica-bags8.com |
| Defendant 129: | replicadesignerhandbag.net |
| Defendant 135: | replica-handbags-shop.com |

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | Defendant 138: | replicasky.com |
| 2 | Defendant 139: | replicaslv.com |
| 3 | Defendant 154: | showmywatch.com |
| 4 | Defendant 156: | superbaghome.com |
| 5 | Defendant 157: | super-replica.com |
| 6 | Defendant 161: | thereplicabag.com |
| 7 | Defendant 162: | thesunglassmanonline.com |
| 8 | Defendant 164: | topluxurystore.com |
| 9 | Defendant 165: | topreplicahandbags8.com |
| 10 | Defendant 169: | voguebags.com |
| 11 | Defendant 177: | wbrandbags.com |
| 12 | Defendant 179: | westoffer.com |
| 13 | Defendant 180: | wowyahoo.com |

Dated: May 17th, 2011

Respectfully submitted,

IT IS SO ORDERED.

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
777 N. Rainbow Blvd., Suite 350
Las Vegas, NV 89107

_____

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: May 18, 2011.

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

3

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE