Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
777 N. Rainbow Blvd., Suite 350
Las Vegas, NV 89107
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
LOUIS VUITTON MALLETIER, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000,<br><br>Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 66, 104 AND 114 WITHOUT PREJUDICE** |

Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of the following Defendants:

1

| Defendant | Domains | Reason for dismissal |
|---|---|---|
| 66 | handbagswow.com | Domain is no longer active and operational |
| | a/k/a creplicahandbags.com | Domain otherwise redirected by Court Order in *Chanel, Inc. v. The Partnerships And Unincorporated Associations Identified On Schedule "A" And Does 594-1000*, Case No. 2:10-cv-02684-BBD-dkv, Western District of Tennessee |
| 104 | mybagwow.com | Domain is no longer active and operational |
| | a/k/a handbagsmars.com | Domain otherwise redirected by Court Order in *Chanel, Inc. v. The Partnerships And Unincorporated Associations Identified On Schedule "A" And Does 594-1000*, Case No. 2:10-cv-02684-BBD-dkv, Western District of Tennessee |
| 114 | perfect-replica-handbags.com | Domain otherwise redirected by Court Order in *Chanel, Inc. v. The Partnerships And Unincorporated Associations Identified On Schedule "A" And Does 594-1000*, Case No. 2:10-cv-02684-BBD-dkv, Western District of Tennessee |

Dated: June 22, 2011                    Respectfully submitted,

IT IS SO ORDERED.

*(signature)*

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: June 27, 2011.

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
777 N. Rainbow Blvd., Suite 350
Las Vegas, NV 89107

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
LOUIS VUITTON MALLETIER, S.A.