UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | 2:11-CV-00738-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| 1854LOUISVUITTON.COM., *et al.*, | |
| Defendants. | |

**IT IS ORDERED** that Plaintiff's Application for Entry of Default by Clerk (Doc. #50) is hereby **DENIED** without prejudice to renew the same on or after October 8, 2011.

DATED: August 16, 2011.

_____
PHILIP M. PRO
United States District Judge