UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br>Plaintiff, <br><br>v. <br><br>1854LOUISVUITTON.COM, *et al.,* <br><br>Defendants. | 2:11-CV-00738-PMP-RJJ <br><br>ORDER |

This action was commenced May 9, 2011 with the filing of Plaintiff's Complaint for Injunctive Relief (Doc. #1) against a variety of partnerships and unincorporated associations alleged to have infringed Plaintiff's trademarks. Since the filing of Plaintiff's Complaint, Plaintiff has taken a series of default judgments against specified Defendants and have voluntarily dismissed the action against others. It is unclear to the Court, however, which Defendants remain viable for possible prosecution of Plaintiff's claims.

**IT IS THEREFORE ORDERED** that the Plaintiff shall, not later than **January 17, 2012** file a status report advising the Court of the status of Plaintiff's various claims against remaining Defendants.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge