Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
10000 West Charleston Boulevard, Suite 240
Las Vegas, NV 89135
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" and DOES 1-1000, <br><br> Defendants. | Case No. 2:11-cv-00738-PMP-RJJ |

1

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

# FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS IDENTIFIED ON SCHEDULE "A"

THIS MATTER having come before the Court upon motion by Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") for entry of a final default judgment of its claims against the Partnerships and Unincorporated Associations (collectively, the "Defendants") operating under the domain names (the "Subject Domain Names") identified on the attached Schedule A pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and entry of a permanent injunction; and the Court having considered the moving papers and there being no opposition thereto, and upon entry of Default by the Clerk on October 25, 2011 (e-docket 58);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Final Default Judgment and Permanent Injunction is GRANTED, and judgment is hereby entered in favor of Plaintiff, Louis Vuitton Malletier, S.A.., a foreign business entity, with its principal place of business in the Paris, France located at 151, rue Saint Honoré, 5th fl, and against Defendants on all Counts of the Complaint as follows:

(1)     Permanent Injunctive Relief:

The Defendants identified on Schedule "A" and their officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with the Defendants identified on Schedule "A" are hereby permanently restrained and enjoined from:

    (a)     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the trademarks identified below:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| [logo] | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
| V | 1,519,828 | January 10, 1989 |
| V | 1,938,808 | November 28, 1995 |

| Mark | Reg. No. | Date |
|---|---|---|
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| ✤ | 2,177,828 | August 4, 1998 |
| ⊙ | 2,181,753 | August 18, 1998 |
| 𝐿𝑉 | 2,361,695 | June 27, 2000 |
| ▨ | 2,378,388 | August 22, 2000 |
| LOUIS VUITTON PARIS ▨ | 2,399,161 | October 31, 2000 |
| ■ | 2,421,618 | January 16, 2001 |
| ◇ | 2,773,107 | October 14, 2003 |
| ⊙ | 3,023,930 | December 6, 2005 |
| ◇ | 3,051,235 | January 24, 2006 |

(collectively, the "LV Marks");

    (b)    using the LV Marks in connection with the sale of any unauthorized goods;

    (c)    using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants identified on Schedule "A" hereto as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    (d)    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    (e)    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants identified on Schedule A are in any way endorsed by, approved by, and/or associated with Plaintiff;

    (f)    using any reproduction, counterfeit, copy, or colorable imitation of the LV Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants identified on Schedule A, including, without limitation, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, watches, and jewelry;

    (a)    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants identified on Schedule A as being those of Plaintiff or in any way endorsed by Plaintiff;

    (b)    otherwise unfairly competing with Plaintiff;

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION
3

(c) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above; and

(d) using the LV Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants identified on Schedule A.

(2) Additional Equitable Relief:

(a) In order to give practical effect to the Permanent Injunction, the Subject Domain Names, which have not been the subject of a dismissal in this action, are hereby ordered to be immediately transferred by the Defendants identified on Schedule "A," their assignees and/or successors in interest or title, the Registrars and Registries to Plaintiff's control.  As a matter of law this equitable relief does not apply to any dismissed domain names;

(b) Upon Plaintiff's request, the top level domain (TLD) Registry, and any applicable Administrators of registry services, for each of the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

(c) Upon Plaintiff's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall take all actions necessary to ensure that the top level domain Registries, and any applicable Administrators of registry services, responsible for the Subject Domain Names transfer and/or disable the Subject Domain Names; and

(d) This Permanent Injunction shall apply to all of the Subject Domain Names and any other new domain names associated with the Defendants identified on Schedule "A," after such new domain names are properly brought to the Court's attention and verified by sworn affidavit or Declaration to be used by the Defendants identified on Schedule "A" for the purpose of counterfeiting and/or infringing the LV Marks at issue in this action and/or unfairly competing with Louis Vuitton.

(3) Bond

The bond posted by Plaintiff in this matter should remain in place until further Order of this

Court.

IT IS SO ORDERED.

DATED: February 3, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

# SCHEDULE A
## THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS

| | |
|---|---|
| Defendant 1: | 1854louisvuitton.com |
| Defendant 4: | 3areplicawatch.com |
| Defendant 5: | 7starplanet.com |
| Defendant 6: | 86handbags.com |
| Defendant 14: | bagspart.com |
| Defendant 16: | bestmirrorbrands.com |
| Defendant 18: | best-replica-watches.com |
| Defendant 20: | bipurse.com |
| Defendant 21: | brandkeys.net |
| Defendant 22: | buyawatches.com |
| Defendant 23: | buycheapluxury.com |
| Defendant 25: | buysns.com |
| Defendant 27: | chinese-replica.net |
| Defendant 28: | chinese-replicas.com |
| Defendant 31: | countbags.com |
| Defendant 32: | dedoro.com |
| Defendant 34: | designer-replicahandbags.com |
| Defendant 37: | eluxuryking.com |
| Defendant 38: | eluxurys-mart.net |
| Defendant 39: | eluxuryxp.com |
| Defendant 41: | etopbagss.com |
| Defendant 44: | fakehandbagshome.com |
| Defendant 45: | fashionbagzoom.com |

| | | |
|---|---|---|
| 1 | Defendant 46: | fashionboutiqueshop.com |
| 2 | Defendant 47: | fashionladybag.com |
| 3 | Defendant 49: | ffchloe.com |
| 4 | Defendant 51: | galaxysahandbags.com |
| 5 | Defendant 52: | goodluxuryshop.com |
| 6 | Defendant 54: | goto-watches.com |
| 7 | Defendant 55: | grabshandbags.com |
| 8 | | |
| 9 | Defendant 61: | handbagsidol.com |
| 10 | Defendant 62: | handbagsmama.net |
| 11 | Defendant 65: | handbagswin.com |
| 12 | Defendant 68: | herebagss.org |
| 13 | Defendant 69: | hereisbag.com |
| 14 | Defendant 77: | ireplical.net |
| 15 | Defendant 78: | itisdesigners.com |
| 16 | | |
| 17 | Defendant 79: | itisreplicas.com |
| 18 | Defendant 80: | jajashopping.com |
| 19 | Defendant 82: | knockoff-bags.com |
| 20 | Defendant 85: | louisvuitton4bag.com a/k/a eluxury4all.com |
| 21 | Defendant 86: | louisvuittonbrandbag.com |
| 22 | Defendant 87: | louisvuittonbrandbags.com |
| 23 | | |
| 24 | Defendant 88: | louisvuittonhandbagsshop.com |
| 25 | Defendant 89: | louisvuittonoutletonline.net |
| 26 | Defendant 90: | louisvuitton-outlet-stores.com a/k/a louis-vuitton-outlet-stores.net |
| 27 | Defendant 93: | louisvuittonsale-shop.com |
| 28 | | |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| | | |
|---|---|---|
| 1 | Defendant 96: | luxurymirrorbrands.com |
| 2 | Defendant 97: | lv2get.com |
| 3 | Defendant 98: | lvbags.cc |
| 4 | Defendant 99: | lvoutletsale.com a/k/a e-fashionshopping.com and luxury-estore.com |
| 5 | Defendant 102: | mirrorbrands.com |
| 6 | Defendant 103: | mobigarden.com |
| 7 | Defendant 105: | mychanelhandbags.com |
| 8 | Defendant 106: | mylvlife.com |
| 9 | Defendant 107: | myshopwww.com |
| 10 | Defendant 108: | newbagonsale.com a/k/a newbagpurse.com |
| 11 | Defendant 113: | orderluxurybag.com a/k/a vuittonworld.com |
| 12 | Defendant 115: | pop-handbags.com |
| 13 | Defendant 118: | pop-watches.com |
| 14 | Defendant 124: | replica2louisvuitton.com |
| 15 | Defendant 125: | replica4lv.com |
| 16 | Defendant 126: | replica4lvbags.com |
| 17 | Defendant 127: | replicabaghome.com |
| 18 | Defendant 130: | replicahandbagclub.com |
| 19 | Defendant 132: | replicahandbagsale-online.com |
| 20 | Defendant 133: | replicahandbagsbox.com |
| 21 | Defendant 136: | replica-louis.com  a/k/a lvhandbagsol.com |
| 22 | Defendant 141: | replicawatch-uk.com |
| 23 | Defendant 142: | replicawell.com |
| 24 | Defendant 144: | salelouisvuitton.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

8

| | | |
|---|---|---|
| 1 | Defendant 145: | salelouisvuittonbags.com |
| 2 | Defendant 146: | seasoneshandbags.com |
| 3 | Defendant 147: | seasonsehandbags.com |
| 4 | Defendant 148: | sell-brands.com |
| 5 | Defendant 149: | sell-replica.com |
| 6 | Defendant 150: | shayes.com |
| 7 | Defendant 151: | shoplouisvuittonreplica.com |
| 8 | Defendant 152: | shopping-eluxury.com |
| 9 | Defendant 153: | shopyep.com |
| 10 | Defendant 155: | spotbags.net a/k/a pursevalley.com |
| 11 | Defendant 158: | swissbestwatch.com |
| 12 | Defendant 159: | swissmirrorwatch.com |
| 13 | Defendant 163: | thewatch88.com |
| 14 | Defendant 167: | ugglvgucci.com |
| 15 | Defendant 168: | uuhandbags.com |
| 16 | Defendant 171: | walletsky.com |
| 17 | Defendant 172: | watch126.com |
| 18 | Defendant 173: | watchbrandhome.com |
| 19 | Defendant 174: | watchesbit.com |
| 20 | Defendant 175: | watchesbrand.net |
| 21 | Defendant 176: | watchvipshop.com |
| 22 | Defendant 182: | yeahlvwallets.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

9