Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>          Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>          Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S THIRD *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

THIS CAUSE is before the Court on Plaintiff's Third *Ex Parte* Application For Entry of a Temporary Restraining Order and Preliminary Injunction (the "Third Application for TRO"). Plaintiff, Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton"), moves, on an *ex parte* basis, for entry of a temporary restraining order, and, upon expiration of the temporary restraining order, a preliminary injunction against Defendants 223-535, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto ("Defendants 223-535"), pursuant to 15

1

U.S.C. § 1116 and Fed. R. Civ. P. 65 for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

For reasons set forth herein, Plaintiff's Third Application for TRO is GRANTED.

## I.   **Factual Background**

The Court bases this Third Temporary Restraining Order on the following facts from Plaintiff's First Amended Complaint, Third Application for TRO and supporting evidentiary submissions on file in this action.

Louis Vuitton is a corporation duly organized under the laws of The Republic of France with its principal place of business located in the Paris, France. (First Amended Compl. ¶ 3.) Louis Vuitton operates boutiques throughout the world, including within this Judicial District. See id. Louis Vuitton is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods. (Declaration of Nikolay Livadkin in Support of Plaintiff's Third *Ex Parte* Application for TRO ["Livadkin Third Decl."] ¶ 5.)

Louis Vuitton is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration No. | Registration Date |
|---|---|---|
|  | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
|  | 1,519,828 | January 10, 1989 |
|  | 1,938,808 | November 28, 1995 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
|  | 2,177,828 | August 4, 1998 |
|  | 2,181,753 | August 18, 1998 |
|  | 2,361,695 | June 27, 2000 |
|  LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 |
|  | 2,399,161 | October 31, 2000 |

2

| | | |
|---|---|---|
| ▨ | 2,421,618 | January 16, 2001 |
| ✧ | 2,773,107 | October 14, 2003 |
| ⊙ | 3,023,930 | December 6, 2005 |
| ✧ | 3,051,235 | January 24, 2006 |
| ✦ | 3,021,231 | November 29, 2005 |

(the "Louis Vuitton Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Livadkin Third Decl. ¶ 5; see also United States Trademark Registrations of the Louis Vuitton Marks at issue ["Louis Vuitton Trademark Registrations"] attached as Composite Exhibit A to the Livadkin Second Decl. (D.E. 64-8, incorporated herein by reference).

Defendants 223-535, via the domain names identified on Schedule "A" hereto (the "Group III Subject Domain Names") have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks. Although each of the Defendants may not copy and infringe each Louis Vuitton Mark for each category of goods protected, Louis Vuitton has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks. (Livadkin Third Decl. ¶¶ 11-15; Declaration of Malerie Maggio in Support of Plaintiff's Third Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Maggio Third Decl."] ¶ 4; Declaration of Stephen M. Gaffigan in Support of Plaintiff's Third Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Gaffigan Third Decl."] ¶ 4 and Composite Exhibit C attached thereto.)  Defendants 223-535 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks.  (Livadkin Third Decl. ¶ 9.)

Plaintiff's counsel retained Malerie Maggio ("Maggio") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Louis Vuitton

branded products by Defendants 223-535. (Livadkin Third Decl. ¶ 10; Maggio Third Decl. ¶ 3.) On January 19, 2012, Maggio accessed the Internet websites operating under the three of the domain names at issue in this action, cheaplouisvuittonv.net, watchqualitywatches.com, and designerscarves2u.com, placed orders for the purchase of a handbag, a watch, and a scarf, and requested each product purchased be shipped to her address in Las Vegas, Nevada. (Maggio Third Decl. ¶ 4 and Composite Exhibit A attached thereto.) Maggio's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of her orders. (Maggio Third Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Louis Vuitton, Nikolay Livadkin, reviewed and visually inspected the web page listings, including images, for each of the Louis Vuitton branded goods purchased by Maggio and determined the items were non-genuine Louis Vuitton products. (Livadkin Third Decl. ¶¶ 11-12, 15.) Additionally, Livadkin reviewed and visually inspected the items bearing the Louis Vuitton Marks offered for sale via the Internet websites operating under the partnership and/or unincorporated association names identified on Schedule "A" hereto, (the "Group III Subject Domain Names") and determined the products were non-genuine Louis Vuitton products. (Livadkin Third Decl. ¶¶ 13-15; Gaffigan Third Decl. ¶ 4 and Composite Exhibit C attached thereto.)

## II.    Conclusions of Law

The declarations Plaintiff submitted in support of its Third Application for TRO support the following conclusions of law:

A.    Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Defendants 223-535's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks, and that the products Defendants 223-535 are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Louis Vuitton Marks on handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry. Because of the infringement of the Louis Vuitton Marks, Plaintiff is likely to

4

suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's First Amended Complaint, Plaintiff's Third Application for TRO, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants 223-535 can be heard in opposition unless Plaintiff's request for *ex parte* relief is granted:

1.    Defendants 223-535 own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.    There is good cause to believe that more counterfeit and infringing handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

3.    There is good cause to believe that if Plaintiff proceeds with normal advance notice to Defendants 223-535 on this Third Application for TRO, Defendants 223-535 can easily and quickly transfer the registrations for many of the Group III Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4.    The balance of potential harm to Defendants 223-535 in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry if such relief is not issued; and

5.    The public interest favors issuance of a temporary restraining order in order to protect Plaintiff's trademark interests and to protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of the Plaintiff.

Upon review of Plaintiff's First Amended Complaint, Third Application for TRO, and supporting evidentiary submissions, it is hereby

ORDERED that Plaintiff's Third Application for TRO is GRANTED, according to the terms set forth below:

### THIRD TEMPORARY RESTRAINING ORDER

(1)      Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 223-535 having notice of this Third Temporary Restraining Order are hereby temporarily restrained:

>    (a)      From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

>    (b)      From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)      Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 223-535 having notice of this Third Temporary Restraining Order shall immediately discontinue the use of the Louis Vuitton Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group III Subject Domain Names;

(3)      Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 223-535 having notice of this Third Temporary Restraining Order shall immediately discontinue the use of the Louis

6

Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants 223-535, including the Internet websites operating under the Group III Subject Domain Names;

(4)     Defendants 223-535 shall not transfer ownership of the Group III Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Group III Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group III Subject Domain Names;

(6)     Upon Plaintiff's request, the privacy protection service for any Group III Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(7)     Upon entry of this Order, Plaintiff shall provide a copy of the Order by email to the Registrar of record for each of the Group III Subject Domain Names, so that the Registrar of record of each of the Group III Subject Domain Names may, in turn, notify each registrant of the Order and provide notice of the locking of the domain name to the registrant of record. After providing such notice to the Registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant of each Group III Subject Domain Name via email to the email address provided as part of the domain registration data for each of the Group III Subject Domain Names identified in Composite Exhibit D to the Declaration of Stephen M. Gaffigan in Support of the Third Application for TRO. If an email address was not provided as part of the domain registration data for a Group III Subject Domain Name, Plaintiff shall provide notice and a copy of this Order to the operators of the Internet websites via the email addresses and/or online submissions forms provided on the Internet websites operating under such Group III Subject Domain Names.

7

After forty-eight (48) hours have elapsed after the emailing of this Order to the Registrars of record and the registrants, Plaintiff shall provide a copy of this Order to the Registries for the Group III Subject Domain Names for the purposes described in Paragraph 8, *infra*.

(8)    The Registrars and the top-level domain (TLD) Registries for the Group III Subject Domain Names, within ten (10) business days of receipt of this Third Temporary Restraining Order, shall, change or assist in changing, the Registrar of record for the Group III Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to a holding account the United States based Registrar, GoDaddy.com, Inc. As a matter of law, this Third Temporary Restraining Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Group III Subject Domain Names to GoDaddy.com, Inc., GoDaddy.com, Inc. will maintain access to the Group III Subject Domain Names in trust for the Court during the pendency of this action. Additionally, GoDaddy.com, Inc. shall immediately update the Domain Name System ("DNS") data it maintains for the Group III Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where a copy of the Complaint, Summonses, First Amended Complaint, First, Second, and Third Temporary Restraining Orders, and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may institute a domain name forwarding which will automatically redirect any visitor to the Group III Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/ofn/index.html whereon copies of the Complaint, Summonses, First Amended Complaint, First, Second, and Third Temporary Restraining Orders, and all other documents on file in this action are displayed. After GoDaddy.com, Inc. has effected this change the Group III Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the Registrar or the Defendants; Upon Plaintiff's request, the privacy protection service for any Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and

contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(9) Plaintiff may enter the Group III Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 223-535 which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Third Temporary Restraining Order;

(10) Defendants 223-535 shall preserve copies of all their computer files relating to the use of any of the Group III Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group III Subject Domain Names and that may have been deleted before the entry of this Third Temporary Restraining Order;

(11) This Third Temporary Restraining Order shall remain in effect until the date for the hearing on the Third Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

(12) This Third Temporary Restraining Order shall apply to the Group III Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants 223-535 for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action and/or unfairly competing with Louis Vuitton in connection with search engine results pages;

## BOND TO BE MAINTAINED

(13) Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), as payment of damages to which Defendants 223-535 may be entitled for a wrongful injunction or restraint.

## THIRD PRELIMINARY INJUNCTION

(14) A hearing is set before this Court in the United States Courthouse located 333 S. Las Vegas Blvd, Las Vegas, Nevada 89101, Courtroom 7C, on Wednesday, March 7, 2012, at 1:30 p.m. or at such other time that this Court deems appropriate, on Plaintiff's Third Motion for a Preliminary Injunction restraining Defendants 223-535, their officers, directors, employees, agents, subsidiaries,

9

distributors, and all persons in active concert or participation with Defendants 223-535 from engaging in the activities that are subject of the above Third Temporary Restraining Order;

(15)     Plaintiff shall serve copies of the First Amended Complaint, Third Application for TRO and this Third Temporary Restraining Order and all other pleadings and documents on file in this action on Defendants 223-535 by email as described above and by posting copies of the Third Application for TRO and this Third Temporary Restraining Order on the website located at http://servingnotice.com/ofn/index.html within forty-eight (48) hours of control of the Group III Subject Domain Names being changed to the Court via the GoDaddy.com, Inc. holding account, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants 223-535 by regularly updating the website located at http://servingnotice.com/ofn/index.html or by other means reasonably calculated to give notice which is permitted by the Court. Any response or opposition to Plaintiff's Third Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel prior to the hearing set for _March 7, 2012_   and filed with the Court, along with Proof of Service, on _March 6, 2012.____. Plaintiff shall file any Reply Memorandum on or before _N/A/_____, ____. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants 223-535 are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65.

IT IS SO ORDERED.
DATED:_ February 17, 2012.                     _____

PHILIP M. PRO
United States District Judge

10

### SCHEDULE A
### THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS

| Defendant | Domain | E-Commerce Website | Blog-Style Website |
|---|---|:---:|:---:|
| Defendant 223 | 1854love.com | x | |
| Defendant 224 | 2012-louisvuitton.com | x | |
| Defendant 224 | cheaplouis-vuitton-2012.info | x | |
| Defendant 224 | louisvuittonforcheapusa.com | x | |
| Defendant 225 | 2012-louis-vuitton.com | x | |
| Defendant 226 | 1louisvuittonoutlet1.com | x | |
| Defendant 226 | louisvuittonoutletuonline.net | x | |
| Defendant 227 | 8louisvuitton.com | x | |
| Defendant 227 | bagstop.net | x | |
| Defendant 228 | 9uk.org | x | |
| Defendant 229 | aabags.com | x | |
| Defendant 230 | aapii.org | x | |
| Defendant 231 | abcscale.biz | x | |
| Defendant 232 | alouisvuittonoutlet.net | x | |
| Defendant 232 | eleganceshoppe.net | x | |
| Defendant 233 | aluablelouisvuitton.com | x | |
| Defendant 233 | valuablelouisvuitton.com | x | |
| Defendant 234 | aqualitybags.com | x | |
| Defendant 235 | ashopk.com | x | |
| Defendant 236 | aud-lvbags.com | x | |
| Defendant 237 | authenticlouisvuittonoutletusa.com | x | |
| Defendant 238 | backwatches.com | x | |
| Defendant 238 | vswatches.org | x | |
| Defendant 239 | bag20.com | x | |

11

| | | | |
|---|---|---|---|
| Defendant 240 | bag-charms.net | x | |
| Defendant 240 | replicasok.co | x | |
| Defendant 240 | bagcharms2buy.com | x | |
| Defendant 241 | bagfavorite.com | x | |
| Defendant 242 | bagonlineretail.com | x | |
| Defendant 243 | bagreef.com | x | |
| Defendant 244 | bagscelebrity.org | x | |
| Defendant 245 | bagtop3.com | x | |
| Defendant 246 | balenciaga-bag.net | x | |
| Defendant 247 | louisvuittona.com | x | |
| Defendant 247 | baylouisvuittonoutlets.com | x | |
| Defendant 248 | belt-outlet.com | x | |
| Defendant 249 | bestknockoffhandbags.com | x | |
| Defendant 250 | bestreplicaslouisvuitton.com | x | |
| Defendant 251 | buoud.net | x | |
| Defendant 252 | buyalvbags.com | x | |
| Defendant 253 | buycheapgucci.com | x | |
| Defendant 254 | buylouisvuittonaustralia.com | x | |
| Defendant 254 | buylouisvuittonaustralia.eu | x | |
| Defendant 255 | buytopbags.net | x | |
| Defendant 255 | buytopbags.co | x | |
| Defendant 256 | buy-top-replicas.biz | x | |
| Defendant 257 | charpentier-marine-66.com | x | |
| Defendant 258 | chaudssacenligne.com | x | |
| Defendant 259 | cheapbagsoultet.com | x | |
| Defendant 260 | cheapbagss.biz | x | |

| Defendant 261 | cheapguccibeltss.com | x | |
|---|---|---|---|
| Defendant 262 | cheaphermesbelt.com | x | |
| Defendant 263 | cheaplouisvuittonbagsh.net | x | |
| Defendant 264 | cheaplouisvuittonhandbags-outlet.net | x | |
| Defendant 265 | cheaplouisvuittonhandbagss.com | x | |
| Defendant 266 | cheaplouisvuittonmonogram.com | x | |
| Defendant 267 | cheap-louis-vuitton-outlet.us | x | |
| Defendant 268 | cheaplouisvuittonshandbags.net | x | |
| Defendant 269 | cheaplouisvuittonv.net | x | |
| Defendant 270 | cheapluxuryoutlet.net | x | |
| Defendant 270 | tjs-jx.com | | x |
| Defendant 271 | cheapreplicalv.com | x | |
| Defendant 272 | cheapscarvesonline.com | x | |
| Defendant 273 | cheapwholesalereplica.com | x | |
| Defendant 274 | cherlessacs.com | x | |
| Defendant 275 | chicbagcharms.com | x | |
| Defendant 276 | chickingdom.com | x | |
| Defendant 277 | chinacheapairshoes.com | x | |
| Defendant 278 | chinaonlinesale.com | x | |
| Defendant 279 | classical-shoes.com | x | |
| Defendant 280 | cnsbags.com | x | |
| Defendant 281 | cozyshoekindom.com | x | |
| Defendant 282 | designerhandbagscheap.info | x | |
| Defendant 283 | designerhandbagsdiscounted.com | x | |
| Defendant 284 | discount-louisvuitton.org | x | |
| Defendant 285 | discountlouisvuittonhandbagss.com | x | |

13

| | | | |
|---|---|---|---|
| Defendant 286 | discountwatchstores.com | x | |
| Defendant 287 | doterhandbags.com | x | |
| Defendant 288 | dressesstop.com | x | |
| Defendant 289 | ebagswatches.com | x | |
| Defendant 290 | ebaybag.com | x | |
| Defendant 291 | eluxurybagoutlet.com | x | |
| Defendant 292 | e-luxurybrandbag.com | x | |
| Defendant 292 | e-luxurybrandbags.com | x | |
| Defendant 293 | eluxuryestore.com | x | |
| Defendant 294 | eluxuryinstyle.com | x | |
| Defendant 295 | eluxurylvbag.com | x | |
| Defendant 296 | eluxurytopbag.com | x | |
| Defendant 297 | eshoesbags.com | x | |
| Defendant 298 | fakebagsmall.com | x | |
| Defendant 299 | fakelvbelts.com | x | |
| Defendant 300 | fashionbag4sale.com | x | |
| Defendant 301 | fashionbagspace.com | x | |
| Defendant 302 | fashionscarfoutlet.com | x | |
| Defendant 303 | fendibyfendi-discount.com | x | |
| Defendant 304 | flreplica.com | x | |
| Defendant 305 | fly-replica.com | x | |
| Defendant 306 | fullbags.com | x | |
| Defendant 307 | goodguccibags.com | x | |
| Defendant 308 | guccidglv.com | x | |
| Defendant 309 | gulaiwu.com | x | |
| Defendant 310 | handbagbase.biz | x | |

14

| Defendant 311 | handbags.vc | x | |
|---|---|---|---|
| Defendant 312 | handbagshopcom.com | x | |
| Defendant 313 | handbagslouisvuittonreplica.com | x | |
| Defendant 314 | handbagsrack.com | x | |
| Defendant 314 | schmogo.com | x | |
| Defendant 315 | handbagssquare.com | x | |
| Defendant 316 | handbagsworldtop.com | x | |
| Defendant 317 | hehelbags.com | x | |
| Defendant 318 | hermine-guingamp.com | x | |
| Defendant 319 | high-kreplica-handbags.com | x | |
| Defendant 320 | high-replicahandbag.com | x | |
| Defendant 321 | hotbaghouse.com | x | |
| Defendant 322 | hothandbagsale.com | x | |
| Defendant 323 | ilvlouisvuittonoutlet.com | x | |
| Defendant 323 | iclouisvuittonoutlet.com | x | |
| Defendant 324 | ilovelouisvuitton.net | x | |
| Defendant 325 | ioolv.com | x | |
| Defendant 326 | isweetclothing.com | x | |
| Defendant 327 | itlouisvuittonsoutlet.net | x | |
| Defendant 328 | itophandles.com | x | |
| Defendant 329 | jcoopernicholson.com | x | |
| Defendant 330 | join2resell.com | x | |
| Defendant 331 | kamliurealty.com | x | |
| Defendant 332 | kdwatches.com | x | |
| Defendant 333 | knockoff-lv-purses.com | x | |
| Defendant 334 | krsea.com | x | |

15

| | | | |
|---|---|---|---|
| Defendant 335 | ladylouisvuittonoutlet.com | x | |
| Defendant 336 | lamodelouis.com | x | |
| Defendant 337 | link-replica.org | x | |
| Defendant 338 | lostores.com | x | |
| Defendant 339 | louisavuittonbagsale.com | x | |
| Defendant 340 | louisvuitton2012.org | x | |
| Defendant 341 | louisvuitton24.com | x | |
| Defendant 342 | louisvuittonbag-outlet.com | x | |
| Defendant 342 | louisvuittonbag-outlet.net | x | |
| Defendant 343 | louisvuittonbags-2012.net | x | |
| Defendant 344 | louisvuittonbagsale.org | x | |
| Defendant 345 | louisvuittonbags-hot.com | x | |
| Defendant 346 | louisvuittonbagsonline.org | x | |
| Defendant 346 | lvhandbagsoutletsale.com | x | |
| Defendant 347 | louisvuittonbagsoutlet4us.com | x | |
| Defendant 348 | louisvuittonbagsoutletu.com | x | |
| Defendant 349 | louisvuittonbeltforsale.com | x | |
| Defendant 350 | louisvuittonborseoutlet.biz | x | |
| Defendant 351 | louisvuittoncheapnow.com | x | |
| Defendant 352 | louisvuittondamier.us | x | |
| Defendant 353 | louisvuittondesigner.net | x | |
| Defendant 354 | louisvuittonenligne.com | x | |
| Defendant 354 | louisvuittonnligne.com | x | |
| Defendant 355 | louisvuitton-fr.com | x | |
| Defendant 356 | louisvuittonhandbagsonsale-us.net | x | |
| Defendant 357 | louisvuittonhandbagsoutletsale.com | x | |

| | | | |
|---|---|---|---|
| Defendant 357 | louisvuittonhandbags-outletsale.com | x | |
| Defendant 358 | louisvuittonhandbagsoutlet-us.com | x | |
| Defendant 359 | louisvuitton-handbags-replica.com | x | |
| Defendant 360 | louisvuittonhandbagsreplicas.com | x | |
| Defendant 361 | louisvuittonhandbagssale.us | x | |
| Defendant 362 | louisvuittonimitation.com | x | |
| Defendant 363 | louisvuittonlinesale.net | x | |
| Defendant 364 | louisvuittonlinesstore.com | x | |
| Defendant 364 | louisvuittonlinestores.net | x | |
| Defendant 365 | louisvuittonluxuryoutlets.com | x | |
| Defendant 366 | louisvuittonmallstore.com | x | |
| Defendant 367 | louisvuittonmodes.com | x | |
| Defendant 367 | louisvuitton-modes.com | x | |
| Defendant 368 | louisvuittonnewarrival.com | x | |
| Defendant 369 | louisvuittonofficialoutlet.net | x | |
| Defendant 370 | louisvuittonofficialoutlet.org | x | |
| Defendant 371 | louisvuittonofficialshop.net | x | |
| Defendant 372 | louisvuittonofficialweb.com | x | |
| Defendant 373 | louis-vuittonoutlet2012.net | x | |
| Defendant 374 | louisvuitton-outlet2012.org | x | |
| Defendant 375 | louisvuittonoutlet6v.com | x | |
| Defendant 376 | louisvuittonoutletenter.com | x | |
| Defendant 377 | louisvuittonoutletget.com | x | |
| Defendant 378 | louisvuittonoutletmallu.com | x | |
| Defendant 379 | louisvuittonoutlet-online.info | x | |
| Defendant 379 | wldavisonforensicsinc.com | x | |

17

| Defendant 380 | louisvuittonoutletpick.com | x | |
|---|---|---|---|
| Defendant 381 | louisvuittonoutletsale2u.com | x | |
| Defendant 382 | louisvuittonoutletsalee.com | x | |
| Defendant 382 | louisvuittonoutletsalee.org | x | |
| Defendant 383 | louisvuittonoutletsalego.com | x | |
| Defendant 383 | louisvuittonoutletsaletime.com | x | |
| Defendant 384 | louisvuittonoutletsaless.net | x | |
| Defendant 385 | louisvuittonoutletsaleus.net | x | |
| Defendant 386 | louisvuittonoutletsells.com | x | |
| Defendant 387 | louisvuittonoutlets-site.com | x | |
| Defendant 387 | louisvuittonoutlets-site.net | x | |
| Defendant 388 | louisvuittonoutlets-store.com | x | |
| Defendant 388 | louisvuittonoutlets-store.net | x | |
| Defendant 389 | louisvuittonoutletsuk.co.uk | x | |
| Defendant 389 | lv-outletsale.com | x | |
| Defendant 390 | louisvuittonoutlettops.com | x | |
| Defendant 391 | louisvuittonoutletusa2012.org | x | |
| Defendant 391 | louisvuittonoutletus2012.net | x | |
| Defendant 392 | louisvuittonoutletus2012.org | x | |
| Defendant 393 | louisvuittonoutletwebsite.com | x | |
| Defendant 393 | louisvuittonoutletwebsites.com | x | |
| Defendant 394 | louisvuitton-pas-chers.com | x | |
| Defendant 395 | louisvuittonreplica4u.com | x | |
| Defendant 395 | fashion-knock-off-handbags.com | | x |
| Defendant 396 | louisvuittonreplicabest.com | x | |
| Defendant 396 | louisvuittonreplicabest.org | x | |

18

| | | | |
|---|---|---|---|
| Defendant 397 | louisvuittonreplicahandbags2012.com | x | |
| Defendant 398 | louisvuittonreplicahandbagsoutlet.com | x | |
| Defendant 399 | louisvuittonreplicahandbagssale.com | x | |
| Defendant 400 | louisvuittonreplican.com | x | |
| Defendant 401 | louisvuittonreplicashandbagssale.com | x | |
| Defendant 402 | louisvuittonreplicazone.com | x | |
| Defendant 402 | louisvuittonreplicazones.com | x | |
| Defendant 403 | louis-vuitton-sac.net | x | |
| Defendant 404 | louis-vuitton-sale.org.uk | x | |
| Defendant 405 | louisvuittonsale12.com | x | |
| Defendant 405 | louisvuittonsalez.net | x | |
| Defendant 406 | louisvuittonsale2011.info | | x |
| Defendant 406 | louisvuittonsale.info | x | |
| Defendant 407 | louisvuittonsaleofficial.com | x | |
| Defendant 408 | louisvuittonsaleoutlets.com | x | |
| Defendant 409 | louisvuittonsales.net | x | |
| Defendant 410 | louisvuittonsalestoreus.com | x | |
| Defendant 411 | louisvuittonshoping.com | x | |
| Defendant 412 | louisvuittonsmyynti.com | x | |
| Defendant 413 | louisvuittonstore-onlines.com | x | |
| Defendant 413 | louisvuittonstore-onlines.net | x | |
| Defendant 414 | louis-vuitton-storesales.com | x | |
| Defendant 414 | louis-vuitton-storesales.net | x | |
| Defendant 415 | louisvuittonsunglasses.net | x | |
| Defendant 415 | louisvuittonsunglasses-us.net | x | |
| Defendant 416 | louisvuittonsventa.com | x | |

19

| | | | |
|---|---|---|---|
| Defendant 417 | louisvuittonwebsite.biz | x | |
| Defendant 418 | louisvuittonwow.com | x | |
| Defendant 419 | louisvuitttonluxuryoutlet.com | x | |
| Defendant 419 | louisvuittonluxuryoutlet.com | x | |
| Defendant 420 | louisvuitttonofficialmall.com | x | |
| Defendant 420 | louisvuittonofficialmall.com | x | |
| Defendant 421 | louisvuitttonofficialsale.com | x | |
| Defendant 421 | louisvuitttonofficialsales.com | x | |
| Defendant 421 | louisvuittonofficialsale.com | x | |
| Defendant 422 | luxpurse.com | x | |
| Defendant 423 | luxurychinabusiness.com | x | |
| Defendant 424 | luxuryhandbagsonsale.com | x | |
| Defendant 425 | luxuryjeansonline.com | x | |
| Defendant 426 | luxury-louisvuittonoutlet.com | x | |
| Defendant 426 | luxury-louisvuittonoutlet.net | x | |
| Defendant 427 | luxurylouisvuittonoutlets.net | x | |
| Defendant 428 | luxurylouisvuittonsale.net | x | |
| Defendant 428 | reallouisvuittonstore.net | x | |
| Defendant 429 | luxurylvshops.com | x | |
| Defendant 430 | lv-louisvuittons.com | x | |
| Defendant 431 | lvlouisvuittonusa.com | x | |
| Defendant 432 | lvonlineshop.net | x | |
| Defendant 433 | lvoutlet2012.com | x | |
| Defendant 433 | louisvuittonoutletit2001.net | x | |
| Defendant 434 | lvoutlet4gift.com | x | |
| Defendant 435 | lv-outletsstores.com | x | |

20

| | | | |
|---|---|---|---|
| Defendant 436 | lv-trade.com | x | |
| Defendant 437 | lv-wallets.net | x | |
| Defendant 438 | masellmall.com | x | |
| Defendant 439 | monlouivuitton.com | x | |
| Defendant 440 | moontaki.com | x | |
| Defendant 441 | mvpscarves.com | x | |
| Defendant 442 | mylittlesecretbox.com | x | |
| Defendant 443 | mylvoutlets.com | x | |
| Defendant 443 | topbrandmart.com | x | |
| Defendant 443 | luxuriesmart.com | x | |
| Defendant 444 | wowatch.com | x | |
| Defendant 445 | yesmyhandbags.com | x | |
| Defendant 446 | newstyleline.com | x | |
| Defendant 447 | guccioutletofficial.org | x | |
| Defendant 447 | officialguccioutlet.org | x | |
| Defendant 448 | officiallouisvuitton2012.net | x | |
| Defendant 449 | officiallouisvuittonoutlet2012.com | x | |
| Defendant 450 | officiallouisvuittonsales.com | x | |
| Defendant 451 | officiallouisvuittonstore.net | x | |
| Defendant 451 | officiallouisvuittonstores.net | x | |
| Defendant 451 | officiallouisvuitttonstore.com | x | |
| Defendant 452 | officiallvstore.com | x | |
| Defendant 452 | officiallouisvuittonspace.com | x | |
| Defendant 453 | officialoutletlouisvuitton.com | x | |
| Defendant 454 | oklvbags.com | x | |
| Defendant 455 | online-groupon.com | x | |

| | | | |
|---|---|---|---|
| Defendant 456 | onsaleinbox.com | x | |
| Defendant 457 | ordinacijatadic.com | x | |
| Defendant 458 | ornamentsbuy.com | x | |
| Defendant 459 | ourbag123.com | x | |
| Defendant 460 | ourlouisvuittonoutletswill.com | x | |
| Defendant 461 | pascherlvsacs.net | x | |
| Defendant 462 | perfectreplicahandbags.com | x | |
| Defendant 463 | portero-luxury.com | x | |
| Defendant 464 | porterostore.com | x | |
| Defendant 465 | poshmoda.bz | x | |
| Defendant 465 | luxbagz.com | x | |
| Defendant 466 | pursepace.com | x | |
| Defendant 467 | purseshopus.com | x | |
| Defendant 468 | pursevalley.asia | x | |
| Defendant 468 | louisvuittonspeedy25.com | | x |
| Defendant 468 | louisvuittonspeedy35.com | | x |
| Defendant 469 | reallouisvuittonshop.net | x | |
| Defendant 470 | reallouisvuitttonstore.com | x | |
| Defendant 470 | reallouisvuittonstore.com | x | |
| Defendant 471 | reallvbags.com | x | |
| Defendant 472 | replicabaghandbagsales.com | x | |
| Defendant 473 | replicabagsus.com | x | |
| Defendant 473 | replicabags-usa.com | x | |
| Defendant 474 | replicagears.net | x | |
| Defendant 475 | replicagoods.net | x | |
| Defendant 476 | replicahandbagsuks.com | x | |

22

| | | | |
|---|---|---|---|
| Defendant 477 | reallouisvuittonofficial.com | x | |
| Defendant 478 | replicahandbagvip.com | x | |
| Defendant 479 | replicalouisvuittonbagsshop.com | x | |
| Defendant 480 | replicalouvuitonlla9u.com | x | |
| Defendant 481 | replicavuittonsale.com | x | |
| Defendant 482 | sacamainpaschersolde.com | x | |
| Defendant 482 | mobilier-creation.com | x | |
| Defendant 483 | sacenlignefrance.com | x | |
| Defendant 484 | sac-louisvuitton-fr.com | x | |
| Defendant 484 | ssaclouisvuittonfr.com | x | |
| Defendant 485 | saclouisvuittonfr-fr.com | x | |
| Defendant 486 | saclouisvuittonfrsite.com | x | |
| Defendant 487 | saclouisvuittonpaschers.org | x | |
| Defendant 488 | saclvpascher.net | x | |
| Defendant 489 | sacpascher4u.com | x | |
| Defendant 490 | sac-pas-cheres.com | x | |
| Defendant 491 | sacpaschermarque.com | x | |
| Defendant 492 | sacs-deluxe.com | x | |
| Defendant 493 | sacslv.net | x | |
| Defendant 494 | sacsmagasinfr.com | x | |
| Defendant 494 | sacsmagasinfrance.com | x | |
| Defendant 495 | sacspascher1.org | x | |
| Defendant 496 | sacvuitton-pascher.com | x | |
| Defendant 497 | salebestbag.com | x | |
| Defendant 498 | salefashionscarf.com | x | |
| Defendant 499 | salelouisvuittonofficial.com | x | |

23

| | | | |
|---|---|:---:|:---:|
| Defendant 500 | seasoninhandbags.com | x | |
| Defendant 501 | sell-purses.net | x | |
| Defendant 502 | shoesbagsfashions.com | x | |
| Defendant 503 | shoesbeltsale.com | x | |
| Defendant 504 | shopccc.com | x | |
| Defendant 505 | shoptopbags.com | x | |
| Defendant 505 | shopstopbags.com | x | |
| Defendant 506 | shopulove.com | x | |
| Defendant 506 | louisvuittonlabel.com | x | |
| Defendant 507 | skhandbags.com | x | |
| Defendant 508 | suit-bay.com | x | |
| Defendant 509 | sunglasseshopping.com | x | |
| Defendant 510 | sunglassesling.com | | x |
| Defendant 510 | designerscarves2u.com | x | |
| Defendant 510 | louisbagsale.com | x | |
| Defendant 510 | xclones.net | x | |
| Defendant 511 | sunglassestore.com | x | |
| Defendant 512 | thelouisvuittonoutlet2012.com | x | |
| Defendant 513 | ties-store.com | x | |
| Defendant 514 | topbrandhandbags2u.com | x | |
| Defendant 515 | top-looks.com | x | |
| Defendant 515 | dear-purse.com | x | |
| Defendant 515 | louis-vuitton-mart.com | x | |
| Defendant 516 | topreplicalouisvuitton.com | x | |
| Defendant 517 | top-replicaluxury.com | x | |
| Defendant 518 | usalouisvuittonbagsoutlets.com | x | |

24

| | | | |
|---|---|---|---|
| Defendant 519 | usalouisvuittonshop.com | x | |
| Defendant 519 | uslouisvuittonshop.com | x | |
| Defendant 520 | usaofficiallouisvuitton.com | x | |
| Defendant 520 | usofficiallouisvuitton.com | x | |
| Defendant 521 | usbagsaleoutlets.com | x | |
| Defendant 522 | us-louisvuittonoutlethandbags.org | x | |
| Defendant 523 | uslousivuittonofficial.com | x | |
| Defendant 524 | uslvbagsoutlet.com | x | |
| Defendant 525 | usofficiallouisvuittonshop.com | x | |
| Defendant 526 | uvlover.com | x | |
| Defendant 527 | ventereplicalv.com | x | |
| Defendant 528 | vogueme.com | x | |
| Defendant 529 | watchqualitywatches.com | x | |
| Defendant 530 | watchrex.com | x | |
| Defendant 531 | womenhandbags2u.com | x | |
| Defendant 532 | wonderfullouisvuitton.com | x | |
| Defendant 532 | wonderfullouisvuittons.com | x | |
| Defendant 533 | worldtopbags.com | x | |
| Defendant 534 | worldtop-bags.com | x | |
| Defendant 535 | yourslouisvuittonoutlets.com | x | |
| Defendant 535 | kingdombags.com | x | |