Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
 (702) 636-4902 (phone)
(702) 636-4904 (facsimile)
rjohnson@watsonrounds.com

Stephen M. Gaffigan (*Pro Hac Vice* pending)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, | ) ) ) | Case No. 2:11-cv-00738-PMP-RJJ |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER GRANTING PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION** |
| 1854LOUISVUITTON.COM, *et al.* | ) ) | |
| Defendants. | ) ) ) ) ) | |

THIS MATTER is before the Court on Plaintiff's Third *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (the "Third Application for Preliminary Injunction") (#90), upon the Preliminary Injunction Hearing held on March 26, 2012, and upon Plaintiff's Renewed Third Motion for Entry of Preliminary Injunction (the "Renewed Motion for

1

Preliminary Injunction.") (#116). The Court has carefully reviewed Third Application for Preliminary Injunction, the Renewed Motion for Preliminary Injunction, and the entire court file and is otherwise fully advised in the premises.

By the Third Application for Preliminary Injunction (#90) and the Renewed Motion for Preliminary Injunction (#116), Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton"), moves for entry of a preliminary injunction against Defendants, The Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants" or "Defendants 223-535") for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

The Court convened the hearing on March 26, 2012, at which only counsel for Plaintiff was present and available to present evidence supporting the Third Application for Preliminary Injunction (#90). Defendants as identified on the attached Schedule "A" have neither responded to the Third Application for Preliminary Injunction, nor made any filing in this case, nor have those Defendants appeared in this matter either individually or through counsel. Because Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court will grant Plaintiff's Renewed Motion for Preliminary Injunction. (#116).

## I.        Factual and Procedural Background

On February 17, 2012, the Court entered a third temporary restraining order (#97) on the following facts from Plaintiff's First Amended Complaint (#60), Third *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (#90), and supporting evidentiary submissions:

Louis Vuitton is a corporation duly organized under the laws of The Republic of France with its principal place of business located in the Paris, France. (Second Amended Compl. ¶ 3.) Louis Vuitton operates boutiques throughout the world, including within this Judicial District. See id. Louis Vuitton is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods. (Declaration of Nikolay Livadkin in Support of Plaintiff's Third *Ex Parte* Application for TRO ["Livadkin Third Decl."] ¶ 5.)

Louis Vuitton is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration No. | Registration Date |
|---|---|---|
|  | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
|  | 1,519,828 | January 10, 1989 |
|  | 1,938,808 | November 28, 1995 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
|  | 2,177,828 | August 4, 1998 |
|  | 2,181,753 | August 18, 1998 |
|  | 2,361,695 | June 27, 2000 |
|  LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 |
|  | 2,399,161 | October 31, 2000 |
|  | 2,421,618 | January 16, 2001 |
|  | 2,773,107 | October 14, 2003 |
|  | 3,023,930 | December 6, 2005 |
|  | 3,051,235 | January 24, 2006 |
|  | 3,021,231 | November 29, 2005 |

(the "Louis Vuitton Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Livadkin Third Decl. ¶ 5; see also United States Trademark Registrations of the Louis Vuitton Marks at issue ["Louis Vuitton Trademark Registrations"] attached as Composite Exhibit A to the Livadkin Second Decl. (D.E. 64-8, incorporated herein by reference).

Defendants 223-535, via the domain names identified on Schedule "A" hereto (the "Group III Subject Domain Names") have advertised, promoted, offered for sale, and/or sold, at least,

_____
[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks. Although each of the Defendants may not copy and infringe each Louis Vuitton Mark for each category of goods protected, Louis Vuitton has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks. (Livadkin Third Decl. ¶¶ 11-15; Declaration of Malerie Maggio in Support of Plaintiff's Third *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Maggio Third Decl."] ¶ 4; Declaration of Stephen M. Gaffigan in Support of Plaintiff's Third *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ["Gaffigan Third Decl."] ¶ 4 and Composite Exhibit C attached thereto.)  Defendants 223-535 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks.  (Livadkin Third Decl. ¶ 9.)

Plaintiff's counsel retained Malerie Maggio ("Maggio") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Louis Vuitton branded products by Defendants 223-535. (Livadkin Third Decl. ¶ 10; Maggio Third Decl. ¶ 3.) On January 19, 2012, Maggio accessed the Internet websites operating under the three of the domain names at issue in this action, cheaplouisvuittonv.net, watchqualitywatches.com, and designerscarves2u.com, placed orders for the purchase of a handbag, a watch, and a scarf, and requested each product purchased be shipped to her address in Las Vegas, Nevada. (Maggio Third Decl. ¶ 4 and Composite Exhibit A attached thereto.) Maggio's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of her orders. (Maggio Third Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Louis Vuitton, Nikolay Livadkin, reviewed and visually inspected the web page listings, including images, for each of the Louis Vuitton branded goods purchased by Maggio and determined the items were non-genuine Louis Vuitton products. (Livadkin Third Decl. ¶¶ 11-12, 15.) Additionally, Livadkin reviewed and visually inspected the items bearing the Louis Vuitton Marks offered for sale via the Internet websites operating under the partnership

_____

and/or unincorporated association names identified on Schedule "A" hereto, (the "Group III Subject Domain Names") and determined the products were non-genuine Louis Vuitton products. (Livadkin Third Decl. ¶¶ 13-15; Gaffigan Third Decl. ¶ 4 and Composite Exhibit C attached thereto.)

On December 22, 2011, Plaintiff filed its First Amended Complaint (#60) against Defendants for trademark counterfeiting and infringement, false designation of origin, and cyberpiracy. On February 16, 2012, Plaintiff filed its Notice of Identification of Defendants 223-535 Previously Identified as Does 41-353 (#89). On February 16, 2012, Plaintiff filed its Third *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction (#90). On February 17, 2012, the Court issued an Order Granting Plaintiff's Third *Ex Parte* Application for a Temporary Restraining Order and temporarily restrained Defendants 223-535 from infringing the Louis Vuitton Marks at issue (#90).  Proofs of Service confirming service via e-mail and publication on Defendants in compliance with the Court's February 17, 2012 Order certifying service of the Court's February 17, 2012 Order and Plaintiff's Third *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction and supporting papers are on file with the Court. (#'s 98, 99, 100, 101 and 103).

On March 26, 2012, this Court convened a hearing on Plaintiff's Third Application for Preliminary Injunction and found no response had been filed by Defendants, nor had anyone appeared on behalf of the Defendants. (#112). The Court granted Plaintiff's Third Application for Preliminary Injunction (see id.); however, the Court vacated its ruling granting Plaintiff's Third Motion for Preliminary Injunction, without prejudice, for Plaintiff to file an Amended Complaint naming those defendants listed in Plaintiff's Third Application for Preliminary Injunction. (# 113). Thereafter, Plaintiff filed its Second Amended Complaint (# 115) naming those defendants listed in Plaintiff's Third Application for Preliminary Injunction and filed Plaintiff's Renewed Motion for Preliminary Injunction. (#116).

[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

## II.   Conclusions of Law

The declarations and supporting evidentiary submissions Plaintiff submitted in support of its Third Application for Preliminary Injunction and its Renewed Motion for Preliminary Injunction support the following conclusions of law:

A.    Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by Defendants 223-535's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry, bearing counterfeits, reproductions, and/or colorable imitations of the Louis Vuitton Marks, and that the products Defendants 223-535 are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Louis Vuitton Marks on handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry.

B.    Because of the infringement of the Louis Vuitton Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Second Amended Complaint, Third Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely than not that:

1.    Defendants 223-535 own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.    Plaintiff has well-founded fears that more counterfeit and infringing handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

_____
[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

3.    Plaintiff has well-founded fears that unless the injunction is granted, Defendants 223-535 can easily and quickly transfer the registrations for many of the Group III Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiff's ability to obtain meaningful relief;

4.    The balance of potential harm to Defendants 223-535 in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry, if such relief is not issued; and

5.    The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and to protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of the Plaintiff.

Accordingly, after due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Renewed Motion for Preliminary Injunction. (#116) hereby is **GRANTED** as follows:

(1)    Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order are hereby restrained and enjoined, pending termination of this action:

(a)    From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

(b)    From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale,

7

distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)     Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with them having notice of this Order shall, until the conclusion of this action, discontinue the use of the Louis Vuitton Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group III Subject Domain Names;

(3)     Defendants 223-535, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 223-535 having notice of this Order shall, until the conclusion of this action, discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants 223-535, including the Internet websites operating under the Group III Subject Domain Names;

(4)     Defendants 223-535 shall not transfer ownership of the Group III Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain Registrars for the Group III Subject Domain Names, to the extent not already done, are directed to transfer to Plaintiff's counsel, for deposit with the Court, domain name certificates for the Group III Subject Domain Names;

(6)     Upon Plaintiff's request, to the extent not already done, the privacy protection service for any of the Group III Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

_____
[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

(7)      The Registrars and the top-level domain (TLD) Registries, their agents and Registry Service Providers, and any applicable Administrators of registry services, for the Group III Subject Domain Names, upon receipt of this Third Preliminary Injunction shall, to the extent it is not already done, change or assist in changing, the Registrar of record for the Group III Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to a holding account with the United States based Registrar, GoDaddy.com, Inc. As a matter of law, this Third Preliminary Injunction shall no longer apply to any Defendant or associated domain name dismissed from this action.   Upon the change of the Registrar of record for the Group III Subject Domain Names to GoDaddy.com, Inc., GoDaddy.com, Inc. will maintain access to the Group III Subject Domain Names in trust for the Court during the pendency of this action.  Additionally, GoDaddy.com, Inc., upon receipt of this Order, shall, to the extent not already done, immediately update and/or not modify the Domain Name System ("DNS") data it maintains for the Group III Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which currently causes the domain names to resolve to the website where a copy of the Complaint, First Amended Complaint, Second Amended Complaint, Summonses, and First, Second, and Third Temporary Restraining Orders and all other documents on file in this action are displayed.  Alternatively, GoDaddy.com, Inc. may, to the extent not already done, institute and/or maintain a domain name forwarding which will automatically redirect any visitor to the Group III Subject Domain Names to the following Uniform Resource Locator ("URL")  http://servingnotice.com/ofn/index.html  whereon a copy of the Complaint, First Amended Complaint, Second Amended Complaint, Summonses, and First, Second, and Third Temporary Restraining Orders and all other documents on file in this action are displayed. The Group III Subject Domain Names shall be maintained on Lock status, preventing the modification or deletion of the domains by the Registrar or Defendants;

(8)      Plaintiff may continue to enter the Group III Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by

_____
[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Defendants 223-535 which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Order;

(9)     Defendants 223-535 shall continue to preserve copies of all their computer files relating to the use of any of the Group III Subject Domain Names and shall continue to take all steps necessary to retrieve and preserve computer files relating to the use of any of the Group III Subject Domain Names and that may have been deleted before the entry of this Order;

(10)     Plaintiff shall maintain its bond in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) as payment of damages to which Defendants 223-535 may be entitled for a wrongful injunction or restraint, or until further Order of the Court;

(11)     This Third Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties;

(12)     This Third Preliminary Injunction shall apply to the Group III Subject Domain Names identified on the attached Schedule "A," and any other domain names properly brought to the Court's attention and verified by sworn affidavit, which verifies such new domain names are being used by Defendants 223-535 for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action and/or unfairly competing with Louis Vuitton in connection with search engine results pages.

IT IS SO ORDERED.

DATED:_ April 4, 2012.

_____

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SCHEDULE A
## THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS

| Defendant | Domain | E-Commerce Website | Blog-Style Website |
|-----------|--------|--------------------|--------------------|
| Defendant 223 | 1854love.com | x | |
| Defendant 224 | 2012-louisvuitton.com | x | |
| Defendant 224 | cheaplouis-vuitton-2012.info | x | |
| Defendant 224 | louisvuittonforcheapusa.com | x | |
| Defendant 225 | 2012-louis-vuitton.com | x | |
| Defendant 226 | 1louisvuittonoutlet1.com | x | |
| Defendant 226 | louisvuittonoutletuonline.net | x | |
| Defendant 227 | 8louisvuitton.com | x | |
| Defendant 227 | bagstop.net | x | |
| Defendant 228 | 9uk.org | x | |
| Defendant 229 | aabags.com | x | |
| Defendant 230 | aapii.org | x | |
| Defendant 231 | abcscale.biz | x | |
| Defendant 232 | alouisvuittonoutlet.net | x | |
| Defendant 232 | eleganceshoppe.net | x | |
| Defendant 233 | aluablelouisvuitton.com | x | |
| Defendant 233 | valuablelouisvuitton.com | x | |
| Defendant 234 | aqualitybags.com | x | |
| Defendant 235 | ashopk.com | x | |
| Defendant 236 | aud-lvbags.com | x | |
| Defendant 237 | authenticlouisvuittonoutletusa.com | x | |
| Defendant 238 | backwatches.com | x | |
| Defendant 238 | vswatches.org | x | |
| Defendant 239 | bag20.com | x | |

11

| | | | |
|---|---|---|---|
| Defendant 240 | bag-charms.net | x | |
| Defendant 240 | replicasok.co | x | |
| Defendant 240 | bagcharms2buy.com | x | |
| Defendant 241 | bagfavorite.com | x | |
| Defendant 242 | bagonlineretail.com | x | |
| Defendant 243 | bagreef.com | x | |
| Defendant 244 | bagscelebrity.org | x | |
| Defendant 245 | bagtop3.com | x | |
| Defendant 246 | balenciaga-bag.net | x | |
| Defendant 247 | louisvuittona.com | x | |
| Defendant 247 | baylouisvuittonoutlets.com | x | |
| Defendant 248 | belt-outlet.com | x | |
| Defendant 249 | bestknockoffhandbags.com | x | |
| Defendant 250 | bestreplicaslouisvuitton.com | x | |
| Defendant 251 | buoud.net | x | |
| Defendant 252 | buyalvbags.com | x | |
| Defendant 253 | buycheapgucci.com | x | |
| Defendant 254 | buylouisvuittonaustralia.com | x | |
| Defendant 254 | buylouisvuittonaustralia.eu | x | |
| Defendant 255 | buytopbags.net | x | |
| Defendant 255 | buytopbags.co | x | |
| Defendant 256 | buy-top-replicas.biz | x | |
| Defendant 257 | charpentier-marine-66.com | x | |
| Defendant 258 | chaudssacenligne.com | x | |
| Defendant 259 | cheapbagsoultet.com | x | |
| Defendant 260 | cheapbagss.biz | x | |
| Defendant 261 | cheapguccibeltss.com | x | |

12

| | | | |
|---|---|---|---|
| Defendant 262 | cheaphermesbelt.com | x | |
| Defendant 263 | cheaplouisvuittonbagsh.net | x | |
| Defendant 264 | cheaplouisvuittonhandbags-outlet.net | x | |
| Defendant 265 | cheaplouisvuittonhandbagss.com | x | |
| Defendant 266 | cheaplouisvuittonmonogram.com | x | |
| Defendant 267 | cheap-louis-vuitton-outlet.us | x | |
| Defendant 268 | cheaplouisvuittonshandbags.net | x | |
| Defendant 269 | cheaplouisvuittonv.net | x | |
| Defendant 270 | cheapluxuryoutlet.net | x | |
| Defendant 270 | tjs-jx.com | | x |
| Defendant 271 | cheapreplicalv.com | x | |
| Defendant 272 | cheapscarvesonline.com | x | |
| Defendant 273 | cheapwholesalereplica.com | x | |
| Defendant 274 | cherlessacs.com | x | |
| Defendant 275 | chicbagcharms.com | x | |
| Defendant 276 | chickingdom.com | x | |
| Defendant 277 | chinacheapairshoes.com | x | |
| Defendant 278 | chinaonlinesale.com | x | |
| Defendant 279 | classical-shoes.com | x | |
| Defendant 280 | cnsbags.com | x | |
| Defendant 281 | cozyshoekindom.com | x | |
| Defendant 282 | designerhandbagscheap.info | x | |
| Defendant 283 | designerhandbagsdiscounted.com | x | |
| Defendant 284 | discount-louisvuitton.org | x | |
| Defendant 285 | discountlouisvuittonhandbagss.com | x | |
| Defendant 286 | discountwatchstores.com | x | |
| Defendant 287 | doterhandbags.com | x | |

13

| | | | |
|---|---|---|---|
| Defendant 288 | dressesstop.com | x | |
| Defendant 289 | ebagswatches.com | x | |
| Defendant 290 | ebaybag.com | x | |
| Defendant 291 | eluxurybagoutlet.com | x | |
| Defendant 292 | e-luxurybrandbag.com | x | |
| Defendant 292 | e-luxurybrandbags.com | x | |
| Defendant 293 | eluxuryestore.com | x | |
| Defendant 294 | eluxuryinstyle.com | x | |
| Defendant 295 | eluxurylvbag.com | x | |
| Defendant 296 | eluxurytopbag.com | x | |
| Defendant 297 | eshoesbags.com | x | |
| Defendant 298 | fakebagsmall.com | x | |
| Defendant 299 | fakelvbelts.com | x | |
| Defendant 300 | fashionbag4sale.com | x | |
| Defendant 301 | fashionbagspace.com | x | |
| Defendant 302 | fashionscarfoutlet.com | x | |
| Defendant 303 | fendibyfendi-discount.com | x | |
| Defendant 304 | flreplica.com | x | |
| Defendant 305 | fly-replica.com | x | |
| Defendant 306 | fullbags.com | x | |
| Defendant 307 | goodguccibags.com | x | |
| Defendant 308 | guccidglv.com | x | |
| Defendant 309 | gulaiwu.com | x | |
| Defendant 310 | handbagbase.biz | x | |
| Defendant 311 | handbags.vc | x | |
| Defendant 312 | handbagshopcom.com | x | |
| Defendant 313 | handbagslouisvuittonreplica.com | x | |

14

| | | | |
|---|---|---|---|
| Defendant 314 | handbagsrack.com | x | |
| Defendant 314 | schmogo.com | x | |
| Defendant 315 | handbagssquare.com | x | |
| Defendant 316 | handbagsworldtop.com | x | |
| Defendant 317 | hehelbags.com | x | |
| Defendant 318 | hermine-guingamp.com | x | |
| Defendant 319 | high-kreplica-handbags.com | x | |
| Defendant 320 | high-replicahandbag.com | x | |
| Defendant 321 | hotbaghouse.com | x | |
| Defendant 322 | hothandbagsale.com | x | |
| Defendant 323 | ilvlouisvuittonoutlet.com | x | |
| Defendant 323 | iclouisvuittonoutlet.com | x | |
| Defendant 324 | ilovelouisvuitton.net | x | |
| Defendant 325 | ioolv.com | x | |
| Defendant 326 | isweetclothing.com | x | |
| Defendant 327 | itlouisvuittonsoutlet.net | x | |
| Defendant 328 | itophandles.com | x | |
| Defendant 329 | jcoopernicholson.com | x | |
| Defendant 330 | join2resell.com | x | |
| Defendant 331 | kamliurealty.com | x | |
| Defendant 332 | kdwatches.com | x | |
| Defendant 333 | knockoff-lv-purses.com | x | |
| Defendant 334 | krsea.com | x | |
| Defendant 335 | ladylouisvuittonoutlet.com | x | |
| Defendant 336 | lamodelouis.com | x | |
| Defendant 337 | link-replica.org | x | |
| Defendant 338 | lostores.com | x | |

| | | | |
|---|---|---|---|
| Defendant 339 | louisavuittonbagsale.com | x | |
| Defendant 340 | louisvuitton2012.org | x | |
| Defendant 341 | louisvuitton24.com | x | |
| Defendant 342 | louisvuittonbag-outlet.com | x | |
| Defendant 342 | louisvuittonbag-outlet.net | x | |
| Defendant 343 | louisvuittonbags-2012.net | x | |
| Defendant 344 | louisvuittonbagsale.org | x | |
| Defendant 345 | louisvuittonbags-hot.com | x | |
| Defendant 346 | louisvuittonbagsonline.org | x | |
| Defendant 346 | lvhandbagsoutletsale.com | x | |
| Defendant 347 | louisvuittonbagsoutlet4us.com | x | |
| Defendant 348 | louisvuittonbagsoutletu.com | x | |
| Defendant 349 | louisvuittonbeltforsale.com | x | |
| Defendant 350 | louisvuittonborseoutlet.biz | x | |
| Defendant 351 | louisvuittoncheapnow.com | x | |
| Defendant 352 | louisvuittondamier.us | x | |
| Defendant 353 | louisvuittondesigner.net | x | |
| Defendant 354 | louisvuittonenligne.com | x | |
| Defendant 354 | louisvuittonnligne.com | x | |
| Defendant 355 | louisvuitton-fr.com | x | |
| Defendant 356 | louisvuittonhandbagsonsale-us.net | x | |
| Defendant 357 | louisvuittonhandbagsoutletsale.com | x | |
| Defendant 357 | louisvuittonhandbags-outletsale.com | x | |
| Defendant 358 | louisvuittonhandbagsoutlet-us.com | x | |
| Defendant 359 | louisvuitton-handbags-replica.com | x | |
| Defendant 360 | louisvuittonhandbagsreplicas.com | x | |
| Defendant 361 | louisvuittonhandbagssale.us | x | |

16

| Defendant 362 | louisvuittonimitation.com | x | |
|---|---|---|---|
| Defendant 363 | louisvuittonlinesale.net | x | |
| Defendant 364 | louisvuittonlinesstore.com | x | |
| Defendant 364 | louisvuittonlinestores.net | x | |
| Defendant 365 | louisvuittonluxuryoutlets.com | x | |
| Defendant 366 | louisvuittonmallstore.com | x | |
| Defendant 367 | louisvuittonmodes.com | x | |
| Defendant 367 | louisvuitton-modes.com | x | |
| Defendant 368 | louisvuittonnewarrival.com | x | |
| Defendant 369 | louisvuittonofficialoutlet.net | x | |
| Defendant 370 | louisvuittonofficialoutlet.org | x | |
| Defendant 371 | louisvuittonofficialshop.net | x | |
| Defendant 372 | louisvuittonofficialweb.com | x | |
| Defendant 373 | louis-vuittonoutlet2012.net | x | |
| Defendant 374 | louisvuitton-outlet2012.org | x | |
| Defendant 375 | louisvuittonoutlet6v.com | x | |
| Defendant 376 | louisvuittonoutletenter.com | x | |
| Defendant 377 | louisvuittonoutletget.com | x | |
| Defendant 378 | louisvuittonoutletmallu.com | x | |
| Defendant 379 | louisvuittonoutlet-online.info | x | |
| Defendant 379 | wldavisonforensicsinc.com | x | |
| Defendant 380 | louisvuittonoutletpick.com | x | |
| Defendant 381 | louisvuittonoutletsale2u.com | x | |
| Defendant 382 | louisvuittonoutletsalee.com | x | |
| Defendant 382 | louisvuittonoutletsalee.org | x | |
| Defendant 383 | louisvuittonoutletsalego.com | x | |
| Defendant 383 | louisvuittonoutletsaletime.com | x | |

17

| | | | |
|---|---|---|---|
| Defendant 384 | louisvuittonoutletsaless.net | x | |
| Defendant 385 | louisvuittonoutletsaleus.net | x | |
| Defendant 386 | louisvuittonoutletsells.com | x | |
| Defendant 387 | louisvuittonoutlets-site.com | x | |
| Defendant 387 | louisvuittonoutlets-site.net | x | |
| Defendant 388 | louisvuittonoutlets-store.com | x | |
| Defendant 388 | louisvuittonoutlets-store.net | x | |
| Defendant 389 | louisvuittonoutletsuk.co.uk | x | |
| Defendant 389 | lv-outletsale.com | x | |
| Defendant 390 | louisvuittonoutlettops.com | x | |
| Defendant 391 | louisvuittonoutletusa2012.org | x | |
| Defendant 391 | louisvuittonoutletus2012.net | x | |
| Defendant 392 | louisvuittonoutletus2012.org | x | |
| Defendant 393 | louisvuittonoutletwebsite.com | x | |
| Defendant 393 | louisvuittonoutletwebsites.com | x | |
| Defendant 394 | louisvuitton-pas-chers.com | x | |
| Defendant 395 | louisvuittonreplica4u.com | x | |
| Defendant 395 | fashion-knock-off-handbags.com | | x |
| Defendant 396 | louisvuittonreplicabest.com | x | |
| Defendant 396 | louisvuittonreplicabest.org | x | |
| Defendant 397 | louisvuittonreplicahandbags2012.com | x | |
| Defendant 398 | louisvuittonreplicahandbagsoutlet.com | x | |
| Defendant 399 | louisvuittonreplicahandbagssale.com | x | |
| Defendant 400 | louisvuittonreplican.com | x | |
| Defendant 401 | louisvuittonreplicashandbagssale.com | x | |
| Defendant 402 | louisvuittonreplicazone.com | x | |
| Defendant 402 | louisvuittonreplicazones.com | x | |

18

| | | | |
|---|---|---|---|
| Defendant 403 | louis-vuitton-sac.net | x | |
| Defendant 404 | louis-vuitton-sale.org.uk | x | |
| Defendant 405 | louisvuittonsale12.com | x | |
| Defendant 405 | louisvuittonsalez.net | x | |
| Defendant 406 | louisvuittonsale2011.info | | x |
| Defendant 406 | louisvuittonsale.info | x | |
| Defendant 407 | louisvuittonsaleofficial.com | x | |
| Defendant 408 | louisvuittonsaleoutlets.com | x | |
| Defendant 409 | louisvuittonsales.net | x | |
| Defendant 410 | louisvuittonsalestoreus.com | x | |
| Defendant 411 | louisvuittonshoping.com | x | |
| Defendant 412 | louisvuittonsmyynti.com | x | |
| Defendant 413 | louisvuittonstore-onlines.com | x | |
| Defendant 413 | louisvuittonstore-onlines.net | x | |
| Defendant 414 | louis-vuitton-storesales.com | x | |
| Defendant 414 | louis-vuitton-storesales.net | x | |
| Defendant 415 | louisvuittonsunglasses.net | x | |
| Defendant 415 | louisvuittonsunglasses-us.net | x | |
| Defendant 416 | louisvuittonsventa.com | x | |
| Defendant 417 | louisvuittonwebsite.biz | x | |
| Defendant 418 | louisvuittonwow.com | x | |
| Defendant 419 | louisvuitttonluxuryoutlet.com | x | |
| Defendant 419 | louisvuittonluxuryoutlet.com | x | |
| Defendant 420 | louisvuitttonofficialmall.com | x | |
| Defendant 420 | louisvuittonofficialmall.com | x | |
| Defendant 421 | louisvuitttonofficialsale.com | x | |
| Defendant 421 | louisvuitttonofficialsales.com | x | |

19

| | | | |
|---|---|---|---|
| Defendant 421 | louisvuittonofficialsale.com | x | |
| Defendant 422 | luxpurse.com | x | |
| Defendant 423 | luxurychinabusiness.com | x | |
| Defendant 424 | luxuryhandbagsonsale.com | x | |
| Defendant 425 | luxuryjeansonline.com | x | |
| Defendant 426 | luxury-louisvuittonoutlet.com | x | |
| Defendant 426 | luxury-louisvuittonoutlet.net | x | |
| Defendant 427 | luxurylouisvuittonoutlets.net | x | |
| Defendant 428 | luxurylouisvuittonsale.net | x | |
| Defendant 428 | reallouisvuittonstore.net | x | |
| Defendant 429 | luxurylvshops.com | x | |
| Defendant 430 | lv-louisvuittons.com | x | |
| Defendant 431 | lvlouisvuittonusa.com | x | |
| Defendant 432 | lvonlineshop.net | x | |
| Defendant 433 | lvoutlet2012.com | x | |
| Defendant 433 | louisvuittonoutletit2001.net | x | |
| Defendant 434 | lvoutlet4gift.com | x | |
| Defendant 435 | lv-outletsstores.com | x | |
| Defendant 436 | lv-trade.com | x | |
| Defendant 437 | lv-wallets.net | x | |
| Defendant 438 | masellmall.com | x | |
| Defendant 439 | monlouivuitton.com | x | |
| Defendant 440 | moontaki.com | x | |
| Defendant 441 | mvpscarves.com | x | |
| Defendant 442 | mylittlesecretbox.com | x | |
| Defendant 443 | mylvoutlets.com | x | |
| Defendant 443 | topbrandmart.com | x | |

20

| | | | |
|---|---|---|---|
| Defendant 443 | luxuriesmart.com | x | |
| Defendant 444 | wowatch.com | x | |
| Defendant 445 | yesmyhandbags.com | x | |
| Defendant 446 | newstyleline.com | x | |
| Defendant 447 | guccioutletofficial.org | x | |
| Defendant 447 | officialguccioutlet.org | x | |
| Defendant 448 | officiallouisvuitton2012.net | x | |
| Defendant 449 | officiallouisvuittonoutlet2012.com | x | |
| Defendant 450 | officiallouisvuittonsales.com | x | |
| Defendant 451 | officiallouisvuittonstore.net | x | |
| Defendant 451 | officiallouisvuittonstores.net | x | |
| Defendant 451 | officiallouisvuitttonstore.com | x | |
| Defendant 452 | officiallvstore.com | x | |
| Defendant 452 | officiallouisvuittonspace.com | x | |
| Defendant 453 | officialoutletlouisvuitton.com | x | |
| Defendant 454 | oklvbags.com | x | |
| Defendant 455 | online-groupon.com | x | |
| Defendant 456 | onsaleinbox.com | x | |
| Defendant 457 | ordinacijatadic.com | x | |
| Defendant 458 | ornamentsbuy.com | x | |
| Defendant 459 | ourbag123.com | x | |
| Defendant 460 | ourlouisvuittonoutletswill.com | x | |
| Defendant 461 | pascherlvsacs.net | x | |
| Defendant 462 | perfectreplicahandbags.com | x | |
| Defendant 463 | portero-luxury.com | x | |
| Defendant 464 | porterostore.com | x | |
| Defendant 465 | poshmoda.bz | x | |

21

| | | | |
|---|---|---|---|
| Defendant 465 | luxbagz.com | x | |
| Defendant 466 | pursepace.com | x | |
| Defendant 467 | purseshopus.com | x | |
| Defendant 468 | pursevalley.asia | x | |
| Defendant 468 | louisvuittonspeedy25.com | | x |
| Defendant 468 | louisvuittonspeedy35.com | | x |
| Defendant 469 | reallouisvuittonshop.net | x | |
| Defendant 470 | reallouisvuitttonstore.com | x | |
| Defendant 470 | reallouisvuittonstore.com | x | |
| Defendant 471 | reallvbags.com | x | |
| Defendant 472 | replicabaghandbagsales.com | x | |
| Defendant 473 | replicabagsus.com | x | |
| Defendant 473 | replicabags-usa.com | x | |
| Defendant 474 | replicagears.net | x | |
| Defendant 475 | replicagoods.net | x | |
| Defendant 476 | replicahandbagsuks.com | x | |
| Defendant 477 | reallouisvuittonofficial.com | x | |
| Defendant 478 | replicahandbagvip.com | x | |
| Defendant 479 | replicalouisvuittonbagsshop.com | x | |
| Defendant 480 | replicalouvuitonlla9u.com | x | |
| Defendant 481 | replicavuittonsale.com | x | |
| Defendant 482 | sacamainpaschersolde.com | x | |
| Defendant 482 | mobilier-creation.com | x | |
| Defendant 483 | sacenlignefrance.com | x | |
| Defendant 484 | sac-louisvuitton-fr.com | x | |
| Defendant 484 | ssaclouisvuittonfr.com | x | |
| Defendant 485 | saclouisvuittonfr-fr.com | x | |

22

---

| | | | |
|---|---|---|---|
| Defendant 486 | saclouisvuittonfrsite.com | x | |
| Defendant 487 | saclouisvuittonpaschers.org | x | |
| Defendant 488 | saclvpascher.net | x | |
| Defendant 489 | sacpascher4u.com | x | |
| Defendant 490 | sac-pas-cheres.com | x | |
| Defendant 491 | sacpaschermarque.com | x | |
| Defendant 492 | sacs-deluxe.com | x | |
| Defendant 493 | sacslv.net | x | |
| Defendant 494 | sacsmagasinfr.com | x | |
| Defendant 494 | sacsmagasinfrance.com | x | |
| Defendant 495 | sacspascher1.org | x | |
| Defendant 496 | sacvuitton-pascher.com | x | |
| Defendant 497 | salebestbag.com | x | |
| Defendant 498 | salefashionscarf.com | x | |
| Defendant 499 | salelouisvuittonofficial.com | x | |
| Defendant 500 | seasoninhandbags.com | x | |
| Defendant 501 | sell-purses.net | x | |
| Defendant 502 | shoesbagsfashions.com | x | |
| Defendant 503 | shoesbeltsale.com | x | |
| Defendant 504 | shopccc.com | x | |
| Defendant 505 | shoptopbags.com | x | |
| Defendant 505 | shopstopbags.com | x | |
| Defendant 506 | shopulove.com | x | |
| Defendant 506 | louisvuittonlabel.com | x | |
| Defendant 507 | skhandbags.com | x | |
| Defendant 508 | suit-bay.com | x | |
| Defendant 509 | sunglasseshopping.com | x | |

23

1

2

3

4

5

_____

[PROPOSED] ORDER GRANTING
PLAINTIFF'S RENEWED THIRD MOTION FOR ENTRY OF PRELIMINARY INJUNCTION