Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>    Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 193 WITHOUT PREJUDICE** |

Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of Defendant 193 - itisbags.com. Louis Vuitton is dismissing, without prejudice, this Defendant, because Louis Vuitton subsequently learned the domain was subject to an order issued by another United States District Court. Further, the associated counterfeit website is now disabled and is no longer selling counterfeit Louis Vuitton branded goods.

Dated:  April 23, 2012

Respectfully submitted,

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  April 27, 2012.