UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | |
| Plaintiff, | 2:11-cv-00738-PMP-RJJ |
| v. | |
| 1854LOUISVUITTON.COM, et al., | ORDER |
| Defendants. | |

IT IS HEREBY ORDERED that the Order (Doc. #144) dated April 17, 2012 is hereby VACATED as to Plaintiff's Ex-Parte Motion for Leave to File Its Third Amended Complaint and Memorandum of Law in Support (Doc. #139) and Plaintiff's Fourth Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction (Doc. #140).

IT IS FURTHER ORDERED that Plaintiff shall resubmit to the Court the following documents: Motion for Leave to File Its Third Amended Complaint and Memorandum of Law in Support; Proposed Third Amended Complaint along with a corrected Schedule A listing all Defendants; and Fourth Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction.

IT IS FURTHER ORDERED that Plaintiff shall address the propriety of joining all Defendants in one action in its Memorandum of Law in Support of Motion for Leave to File Its Third Amended Complaint.

DATED: April 30, 2012

_____
PHILIP M. PRO
United States District Judge