Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>    Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DOES 578-1,000** |

1
_____
NOTICE OF VOLUNTARY DISMISSAL
OF DOES 578-1,000 WITHOUT PREJUDICE

Plaintiff, Louis Vuitton Malletier, S.A., hereby gives notice of its voluntary dismissal, without prejudice, of the Defendants Does 578-1,000.

Dated: June 11, 2012                              Respectfully submitted,

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

**IT IS SO ORDERED**

DATED:   June 14, 2012

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL
OF DOES 578-1,000 WITHOUT PREJUDICE