Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>    Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**ORDER GRANTING PLAINTIFF'S FOURTH MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER** |

   THIS CAUSE is before the Court on Plaintiff's Fourth Motion for Entry of a Temporary Restraining Order (the "Fourth Motion for TRO"). Plaintiff, Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton"), moves for entry of a temporary restraining order against Defendants 536-757, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto ("Defendants 536-757"), pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65 for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).

1

1   For reasons set forth herein, Plaintiff's Fourth Motion for TRO is GRANTED.

## I.   Factual Background

The Court bases this Fourth Temporary Restraining Order on the following facts from Plaintiff's Third Amended Complaint, Fourth Motion for TRO, and supporting evidentiary submissions on file in this action.

Louis Vuitton is a corporation duly organized under the laws of The Republic of France with its principal place of business located in the Paris, France. (Third Amended Compl. ¶ 3.) Louis Vuitton operates boutiques throughout the world, including within this Judicial District. See id. Louis Vuitton is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this Judicial District, a variety of high quality luxury goods. (Declaration of Nikolay Livadkin in Support of Plaintiff's Fourth Motion for Temporary Restraining Order ["Livadkin Fourth Decl."] ¶ 5.)

Louis Vuitton is, and at all times relevant hereto has been, the owner of all rights in and to the following trademarks:

| Trademark | Registration No. | Registration Date |
|---|---|---|
| [design] | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
| LV | 1,519,828 | January 10, 1989 |
| LV | 1,938,808 | November 28, 1995 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| ✦ | 2,177,828 | August 4, 1998 |
| ⊙ | 2,181,753 | August 18, 1998 |
| LV | 2,361,695 | June 27, 2000 |
| [design] LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 |
| [design] | 2,399,161 | October 31, 2000 |
| [design] | 2,421,618 | January 16, 2001 |
| ✧ | 2,773,107 | October 14, 2003 |

| | | |
|---|---|---|
| 1. ⊙ | 3,023,930 | December 6, 2005 |
| 2. ✧ | 3,051,235 | January 24, 2006 |
| 3. ✤ | 3,021,231 | November 29, 2005 |

(the "Louis Vuitton Marks") which are registered on the Principal Register of the United States Patent and Trademark Office and are used in connection with the manufacture and distribution of high quality goods in the categories identified above. (Livadkin Fourth Decl. ¶ 5; see also United States Trademark Registrations of the Louis Vuitton Marks at issue ["Louis Vuitton Trademark Registrations"] attached as Composite Exhibit A to the Declaration of Nikolay Livadkin in Support of Plaintiff's Second *Ex Parte* Application for (D.E. 64-8, incorporated herein by reference).

Defendants 536-757, via the domain names identified on Schedule "A" hereto (the "Group IV Subject Domain Names") have advertised, promoted, offered for sale, and/or sold, at least, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks. Although each of the Defendants may not copy and infringe each Louis Vuitton Mark for each category of goods protected, Louis Vuitton has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks. (Livadkin Fourth Decl. ¶¶ 11-15 and Composite Exhibit A attached thereto; Declaration of Malerie Maggio in Support of Plaintiff's Fourth Motion for Entry of Temporary Restraining Order ["Maggio Fourth Decl."] ¶ 4; Declaration of Stephen M. Gaffigan in Support of Plaintiff's Fourth Motion for Entry of Temporary Restraining Order ¶ 3.)  Defendants 536-757 are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks. (Livadkin Fourth Decl. ¶ 9.)

Plaintiff's counsel retained Malerie Maggio ("Maggio") of Investigative Consultants, a licensed private investigative firm, to investigate suspected sales of counterfeit Louis Vuitton branded products by Defendants 536-757. (Livadkin Fourth Decl. ¶ 10; Maggio Fourth Decl. ¶ 3.) On March 21, 2012 and/or March 23, 2012, Maggio accessed the Internet websites operating under the three of the domain names at issue in this action, authenticlouisvuittonoutlet2012.com,

3

jobreplicawatch.net, and louissale.com, placed orders for the purchase of a handbag, a watch, and a wallet, and requested each product purchased be shipped to her address in Las Vegas, Nevada. (Maggio Fourth Decl. ¶ 4 and Composite Exhibit A attached thereto.) Maggio's purchases were processed entirely online, which included providing shipping and billing information, payment, and confirmation of her orders. (Maggio Fourth Decl. ¶ 4 and Composite Exhibit A attached thereto.)

Thereafter, a representative of Louis Vuitton, Nikolay Livadkin, reviewed and visually inspected the web page listings, including images, for each of the Louis Vuitton branded goods purchased by Maggio and determined the items were non-genuine Louis Vuitton products. (Livadkin Fourth Decl. ¶¶ 11-12, 15.) Additionally, Livadkin reviewed and visually inspected the items bearing the Louis Vuitton Marks offered for sale via the Internet websites operating under the Group IV Subject Domain Names and determined the products were non-genuine Louis Vuitton products. (Livadkin Fourth Decl. ¶¶ 13-15 and Composite Exhibit A attached thereto; Gaffigan Fourth Decl. ¶ 3.)

## II.     Conclusions of Law

The declarations Plaintiff submitted in support of its Fourth Motion for TRO support the following conclusions of law:

A.     Plaintiff has a very strong probability of proving at trial that consumers are likely to be confused by the Defendants 536-757's advertisement, promotion, sale, offer for sale, and/or distribution of handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing counterfeits, infringements, reproductions, and/or colorable imitations of the Louis Vuitton Marks, and that the products Defendants 536-757 are selling are copies of Plaintiff's products that bear marks which are substantially indistinguishable from and/or colorful imitations of the Louis Vuitton Marks on handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry. Because of the infringement of the Louis Vuitton Marks, Plaintiff is likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiff's Third Amended Complaint, Plaintiff's Fourth Motion for TRO, and accompanying declarations on file, that immediate and

4

irreparable loss, damage, and injury will result to Plaintiff and to consumers before Defendants 536-757 can be heard in opposition unless Plaintiff's request for relief is granted:

1. Defendants 536-757 own or control Internet business operations which advertise, promote, offer for sale, and sell, at least, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2. There is good cause to believe that more counterfeit and infringing handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry bearing Plaintiff's trademarks will appear in the marketplace; that consumers may be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products;

3. The balance of potential harm to Defendants 536-757 in restraining their trade in counterfeit and infringing branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, its reputation and goodwill as a manufacturer of high quality handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry if such relief is not issued; and

4. The public interest favors issuance of a temporary restraining order in order to protect Plaintiff's trademark interests and to protect the public from being defrauded by the palming off of counterfeit goods as genuine goods of the Plaintiff.

Upon review of Plaintiff's Third Amended Complaint, Fourth Motion for TRO, and supporting evidentiary submissions, it is hereby

ORDERED that Plaintiff's Fourth Motion for TRO is GRANTED, according to the terms set forth below:

**FOURTH TEMPORARY RESTRAINING ORDER**

(1) Defendants 536-757, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 536-757 having notice of this Fourth Temporary Restraining Order are hereby temporarily restrained:

      (a)    From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

      (b)    From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)    Defendants 536-757, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 536-757 having notice of this Fourth Temporary Restraining Order shall immediately discontinue the use of the Louis Vuitton Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Group IV Subject Domain Names;

(3)    Defendants 536-757, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants 536-757 having notice of this Fourth Temporary Restraining Order shall immediately discontinue the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants 536-757, including the Internet websites operating under the Group IV Subject Domain Names;

(4)    Defendants 536-757 shall not transfer ownership of the Group IV Subject Domain Names during the pendency of this Action, or until further Order of the Court;

6

   (5) The domain name Registrars for the Group IV Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Group IV Subject Domain Names;

   (6) Upon Plaintiff's request, the privacy protection service for any Group IV Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

   (7) Upon entry of this Order, Plaintiff shall provide a copy of the Order by email to the Registrar of record for each of the Group IV Subject Domain Names, so that the Registrar of record of each of the Group IV Subject Domain Names may, in turn, notify each registrant of the Order and provide notice of the locking of the domain name to the registrant of record. After providing such notice to the Registrars so the domain names may be locked, Plaintiff shall also provide notice and a copy of this Order to the registrant of each Group IV Subject Domain Name via email to the email address provided as part of the domain registration data for each of the Group IV Subject Domain Names identified in Exhibit A to the Declaration of Stephen M. Gaffigan in Support of the Fourth Motion for TRO. If an email address was not provided as part of the domain registration data for a Group IV Subject Domain Name, Plaintiff shall provide notice and a copy of this Order to the operators of the Internet websites via the email addresses and/or online submissions forms provided on the Internet websites operating under such Group IV Subject Domain Names. After forty-eight (48) hours have elapsed after the emailing of this Order to the Registrars of record and the registrants, Plaintiff shall provide a copy of this Order to the Registries for the Group IV Subject Domain Names for the purposes described in Paragraph 8, *infra*.

   (8) The Registrars shall immediately assist in changing the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by the Plaintiff have been or will be dismissed from this action, to the United States based Registrar, GoDaddy.com, Inc. To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this

TRO, the top-level domain (TLD) Registries for the Subject Domain Names, within five (5) business days of receipt of this TRO, shall update the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by the Plaintiff have been or will be dismissed from this action, to the United States based Registrar, GoDaddy.com, Inc. As a matter of law, this Fourth Temporary Restraining Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Group IV Subject Domain Names to GoDaddy.com, Inc., GoDaddy.com, Inc. will maintain access to the Group IV Subject Domain Names in trust for the Court during the pendency of this action. Additionally, GoDaddy.com, Inc. shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/ofn/index.html whereon copies of the Third Amended Complaint and all other documents on file in this action are displayed. Alternatively, GoDaddy.com, Inc. may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint and all other documents on file in this action are displayed. After GoDaddy.com, Inc. has effected this change the Group IV Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the Registrar or the Defendants;

(9)     Upon Plaintiff's request, the privacy protection service for any Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

(10)    Plaintiff may enter the Group IV Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants 536-757

which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Fourth Temporary Restraining Order;

(11) Defendants 536-757 shall preserve copies of all their computer files relating to the use of any of the Group IV Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Group IV Subject Domain Names and that may have been deleted before the entry of this Fourth Temporary Restraining Order;

(12) This Fourth Temporary Restraining Order shall remain in effect until such further dates as set by the Court or stipulated to by the parties;

(13) This Fourth Temporary Restraining Order shall apply to the Group IV Subject Domain Names and any other domain names properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants 536-757 for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action and/or unfairly competing with Louis Vuitton in connection with search engine results pages;

(14) Plaintiff shall serve copies of the Third Amended Complaint, Fourth Motion for TRO and this Fourth Temporary Restraining Order and all other pleadings and documents on file in this action on Defendants 536-757 by email as described above and by posting copies of the Fourth Motion for TRO and this Fourth Temporary Restraining Order on the website located at http://servingnotice.com/ofn/index.html within forty-eight (48) hours of control of the Group IV Subject Domain Names being changed to the Court via the GoDaddy.com, Inc. holding account, and such notice so given shall be deemed good and sufficient service thereof. Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants 536-757 by regularly updating the website located at http://servingnotice.com/ofn/index.html or by other means reasonably calculated to give notice which is permitted by the Court.

**BOND TO BE MAINTAINED**

(15) Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), as payment of

//

damages to which Defendants 536-757 may be entitled for a wrongful injunction or restraint

PRELIMINARY INJUNCTION HEARING

IT IS ORDERED that a preliminary injunction hearing is set for Monday, July 2, 2012, at 1:30 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: June 20, 2012

_____
PHILIP M. PRO
United States District Judge

# SCHEDULE A

## THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS

| Defendant | Domain | E-Commerce Website | Blog-Style Website |
|---|---|---|---|
| Defendant 536 | 2012ltpurses.info | x | |
| Defendant 537 | 77replicahandbags.com | x | |
| Defendant 538 | achatlouisvenligne.com | x | |
| Defendant 539 | acheterlouisvuitton.net | x | |
| Defendant 540 | authenticlouisvuittonoutlet2012.com | x | |
| Defendant 541 | avvincentelouis.com | x | |
| Defendant 542 | bagbagshandbags.com | x | |
| Defendant 543 | baggroups.com | x | |
| Defendant 544 | bagoutlets.net | x | |
| Defendant 545 | bagsaleoutlet.net | x | |
| Defendant 546 | bagsokbuy.com | x | |
| Defendant 547 | bags-watches-replicas.net | x | |
| Defendant 548 | beltsmall.net | x | |
| Defendant 549 | bitverde.org | x | |
| Defendant 550 | bloedgroep.com | x | |
| Defendant 551 | borsevuittonitaly.com | x | |
| Defendant 552 | bossreplica.com | x | |
| Defendant 553 | boutiquesmall.com | x | |
| Defendant 554 | buyreplicahandbag.org | x | |
| Defendant 555 | cheapbagsto.com | | x |
| Defendant 556 | cheap-louisvuittonbeltss.net | x | |
| Defendant 557 | cheaplvbag.net | x | |

| | | | |
|---|---|---|---|
| Defendant 558 | cheapslouisvuitton-outlet-sales.com | x | |
| Defendant 559 | cheapslouisvuitton-outlet-sales.net | x | |
| Defendant 560 | cvcee.com | x | |
| Defendant 561 | ebaylouisvuitton.com | x | |
| Defendant 562 | elouisvuittonsbrands.com | x | |
| Defendant 563 | eluxurybrand.com | x | |
| Defendant 564 | eluxuryeshop.com | x | |
| Defendant 565 | estorecc.com | x | |
| Defendant 566 | fakelouisvuittonhandbags.com | x | |
| Defendant 567 | fashionrocker.com | x | |
| Defendant 568 | fashionscarfoline.com | x | |
| Defendant 569 | fauxlouisvuittongucci.com | x | |
| Defendant 570 | frlouisvmagasin.com | x | |
| Defendant 571 | fr-louisvuittonoutlet.com | x | |
| Defendant 572 | gpbuy001.com | x | |
| Defendant 573 | greatshop4u.com | x | |
| Defendant 574 | guccioutlet24.com | x | |
| Defendant 575 | guccioutlet24.org | x | |
| Defendant 576 | handbags1225.com | x | |
| Defendant 577 | handbagsmodel.com | x | |
| Defendant 578 | handbagswalletsbelts.com | x | |
| Defendant 579 | handbagsworldss.com | x | |
| Defendant 580 | hotlouisvuittonreplica.com | x | |
| Defendant 581 | hottestreplicawatches4less.com | | x |
| Defendant 582 | hqbrandwatches.com | x | |
| Defendant 583 | imitationlouisvuittongucci.com | x | |

ORDER GRANTING PLAINTIFF'S FOURTH MOTION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

| | | | | |
|---|---|---|---|---|
| 1 | Defendant 584 | itisdesignere.net | x | |
| 2 | Defendant 585 | itisreplicae.net | x | |
| 3 | Defendant 586 | jobreplicawatch.net | x | |
| 4 | Defendant 587 | koru-design.com | x | |
| 5 | Defendant 588 | ladysfield.com | x | |
| 6 | Defendant 589 | likebuyshop.com | x | |
| 7 | Defendant 590 | louisevuitton.net | x | |
| 8 | Defendant 591 | louissale.com | x | |
| 9 | Defendant 592 | louisstore.com | x | |
| 10 | Defendant 593 | louisvuitton12.com | x | |
| 11 | Defendant 594 | louisvuitton4store.com | x | |
| 12 | Defendant 595 | louisvuitton7.com | x | |
| 13 | Defendant 596 | louisvuittonabout.com | x | |
| 14 | Defendant 597 | louisvuittonamericas.com | x | |
| 15 | Defendant 598 | louisvuittonbagcheapest.com | x | |
| 16 | Defendant 599 | louisvuittonbags2012.com | x | |
| 17 | Defendant 600 | louisvuittonbags6v.com | x | |
| 18 | Defendant 601 | louisvuittonbags7.com | x | |
| 19 | Defendant 602 | louisvuittonbagso.net | x | |
| 20 | Defendant 603 | louisvuittonbagson.com | x | |
| 21 | Defendant 604 | louisvuittonbagsreplicaoutlet.com | x | |
| 22 | Defendant 605 | louisvuittonbagsreplicasale.com | x | |
| 23 | Defendant 606 | louisvuitton-bags-saleless.com | x | |
| 24 | Defendant 607 | louisvuittonbagstock.com | x | |
| 25 | Defendant 608 | louisvuitton-belts.net | x | |
| 26 | Defendant 609 | louisvuittonchristmas.com | x | |

ORDER GRANTING PLAINTIFF'S FOURTH MOTION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

| | | | | |
|---|---|---|---|---|
| 1 | Defendant 610 | louisvuittondealsonine.com | x | |
| 2 | Defendant 611 | louisvuittonguccichanel.com | x | |
| 3 | Defendant 612 | louisvuittonhandbags7.com | x | |
| 4 | Defendant 613 | louisvuittonhandbagsin.com | x | |
| 5 | Defendant 614 | louisvuittonhandbagsreplicasale.com | x | |
| 6 | Defendant 615 | louisvuittonhandbagssaleus.com | x | |
| 7 | Defendant 616 | louisvuitton-knockoff.com | x | |
| 8 | Defendant 617 | louisvuittonlasvegas.com | x | |
| 9 | Defendant 618 | louisvuittonlinesstores.com | x | |
| 10 | Defendant 619 | louisvuittonlouisvuitton.org | x | |
| 11 | Defendant 620 | louisvuittonreplicashandbagsoutlet.com | x | |
| 12 | Defendant 621 | louis-vuitton-love.com | x | |
| 13 | Defendant 622 | louisvuittonluggageoutlet.com | x | |
| 14 | Defendant 623 | louisvuittonmen.com | x | |
| 15 | Defendant 624 | louisvuittonmenwomen.com | x | |
| 16 | Defendant 625 | louisvuittonmonogram7.com | x | |
| 17 | Defendant 626 | louisvuittonmore.com | x | |
| 18 | Defendant 627 | louisvuittonnewyork.com | x | |
| 19 | Defendant 628 | louisvuittonofficialoutlet2012.com | x | |
| 20 | Defendant 629 | louisvuittonofficialoutlets.net | x | |
| 21 | Defendant 630 | louisvuittonok.net | x | |
| 22 | Defendant 631 | louisvuittononfactory.com | x | |
| 23 | Defendant 632 | louisvuittononlineoutletus.com | x | |
| 24 | Defendant 633 | louisvuittononlineoutlet-usa.com | x | |
| 25 | Defendant 634 | louis-vuitton-online-shop.net | x | |
| 26 | Defendant 635 | louisvuittononline-usa.net | x | |

ORDER GRANTING PLAINTIFF'S FOURTH MOTION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

| | | | |
|---|---|---|---|
| Defendant 636 | louisvuitton-on-sale.net | x | |
| Defendant 637 | louisvuittonoutlet2012s.com | x | |
| Defendant 638 | louisvuittonoutlet2012s.net | x | |
| Defendant 639 | louisvuittonoutlet360.net | x | |
| Defendant 640 | louisvuittonoutlet7.net | x | |
| Defendant 641 | louisvuittonoutlet8online.com | x | |
| Defendant 642 | louisvuittonoutlet9online.com | x | |
| Defendant 643 | louisvuittonoutletjan.com | x | |
| Defendant 644 | louisvuittonoutletlocations.com | x | |
| Defendant 645 | louisvuittonoutletofficialwebsite.com | x | |
| Defendant 646 | louisvuittonoutletofficialwebsites.com | x | |
| Defendant 647 | louisvuittonoutlet-onliness.com | x | |
| Defendant 648 | louisvuittonoutlet-onliness.net | x | |
| Defendant 649 | louis-vuitton-outletsale.com | x | |
| Defendant 650 | louisvuittonoutlets-sites.com | x | |
| Defendant 651 | louisvuittonoutletyou.com | x | |
| Defendant 652 | louisvuittonoutletyou.org | x | |
| Defendant 653 | louis-vuitton-pascher.com | x | |
| Defendant 654 | louisvuittonprices.com | x | |
| Defendant 655 | louisvuittonpurseso.com | x | |
| Defendant 656 | louisvuittonreplica7.com | x | |
| Defendant 657 | louisvuittonreplicabagsoutlet.com | x | |
| Defendant 658 | louisvuittonreplicasfr.com | x | |
| Defendant 659 | louisvuittonreplicashopusa.com | x | |
| Defendant 660 | louisvuittonsac2012.com | x | |
| Defendant 661 | louisvuittonsacs2012.com | x | |

15

| # | Defendant | Domain | | |
|---|---|---|---|---|
| 1 | Defendant 662 | louis-vuittonsale.com | x | |
| 2 | Defendant 663 | louisvuittonsalefor.com | x | |
| 3 | Defendant 664 | louisvuitton-singapore.com | x | |
| 4 | Defendant 665 | louisvuittonsoutlet2012s.com | x | |
| 5 | Defendant 666 | louisvuittonspeedy7.com | x | |
| 6 | Defendant 667 | louisvuittonstore7.com | x | |
| 7 | Defendant 668 | louisvuittonstoremen12.com | x | |
| 8 | Defendant 669 | louisvuittonstore-onlines.org | x | |
| 9 | Defendant 670 | louisvuittonstylesale.com | x | |
| 10 | Defendant 671 | louisvuitton-sunglass.org | x | |
| 11 | Defendant 672 | louisvuittonvegas.com | x | |
| 12 | Defendant 673 | louisvuitton-website.com | x | |
| 13 | Defendant 674 | louisvuittonwebsite.net | x | |
| 14 | Defendant 675 | louisvuittonwww.com | x | |
| 15 | Defendant 676 | louivuitton7.com | x | |
| 16 | Defendant 677 | luisvuitton.org | x | |
| 17 | Defendant 678 | luiviton7.com | x | |
| 18 | Defendant 679 | luxemarquesoldes.com | x | |
| 19 | Defendant 680 | luxurylouis.com | x | |
| 20 | Defendant 681 | luxuryoutletstore.org | x | |
| 21 | Defendant 682 | luxuu.com | x | |
| 22 | Defendant 683 | lv4sale.net | x | |
| 23 | Defendant 684 | lvbags7.com | x | |
| 24 | Defendant 685 | lv-bagsmalls.com | x | |
| 25 | Defendant 686 | lvbagsoutletus.com | x | |
| 26 | Defendant 687 | lv-designer-handbags.net | x | |

16

|   |               |                              |   |   |
|---|---------------|------------------------------|---|---|
| 1 | Defendant 688 | lvgonow.net                  | x |   |
| 2 | Defendant 689 | lvhandbag7.com               | x |   |
| 3 | Defendant 690 | lvhandbagsoutlet2012.com     | x |   |
| 4 | Defendant 691 | lv-knockoff.com              | x |   |
| 5 | Defendant 692 | lvlouisvuittonoutlets.com    | x |   |
| 6 | Defendant 693 | lvmillionairesunglasses.com  | x |   |
| 7 | Defendant 694 | lvonlineoutlet.net           | x |   |
| 8 | Defendant 695 | lvoutletshoes.com            | x |   |
| 9 | Defendant 696 | lv-outletstores.com          | x |   |
| 10 | Defendant 697 | lvreplica-purses.com        | x |   |
| 11 | Defendant 698 | lv-shoesformen.net          | x |   |
| 12 | Defendant 699 | lvvuitton.net               | x |   |
| 13 | Defendant 700 | lvvuitton.org               | x |   |
| 14 | Defendant 701 | lvyear.com                  | x |   |
| 15 | Defendant 702 | marqueluxesacspascher.com   | x |   |
| 16 | Defendant 703 | meihuabags.com              | x |   |
| 17 | Defendant 704 | newlouisbag.com             | x |   |
| 18 | Defendant 705 | newlouisvuittonoutlets.com  | x |   |
| 19 | Defendant 706 | officiallv.net              | x |   |
| 20 | Defendant 707 | oncheapestsale.com          | x |   |
| 21 | Defendant 708 | outletlouisvuittonhandbagson.com | x |   |
| 22 | Defendant 709 | outletlouisvuittonn.com     | x |   |
| 23 | Defendant 710 | partsunlimitednj.com        | x |   |
| 24 | Defendant 711 | paschereprixsolde.com       | x |   |
| 25 | Defendant 712 | replicahandbagcheap.com     | x |   |
| 26 | Defendant 713 | replicahandbagonlinesale.com | x |   |

17

| | | | |
|---|---|---|---|
| Defendant 714 | replicahandbagsoutlets.com | x | |
| Defendant 715 | replicalouisvuitton-online.com | x | |
| Defendant 716 | replicalouisvuittonun.com | x | |
| Defendant 717 | replica-lvbags.com | x | |
| Defendant 718 | replicalvluggage2u.com | x | |
| Defendant 719 | replicamall.org | x | |
| Defendant 720 | replicas-fashion-handbags.com | x | |
| Defendant 721 | replicaslouisvuittonhandbagsoutlet.com | x | |
| Defendant 722 | replicaslouisvuittonhandbagswholesale.com | x | |
| Defendant 723 | replicawatchesandhandbags.com | x | |
| Defendant 724 | replicawatchukstore.com | x | |
| Defendant 725 | sacamainluxefr.com | x | |
| Defendant 726 | saclouisvuittonspeedy.eu | x | |
| Defendant 727 | sacssacs.com | x | |
| Defendant 728 | shoplouisvuittonbags.us | x | |
| Defendant 729 | shoptopbags.net | x | |
| Defendant 730 | starshandbags.co | | x |
| Defendant 731 | thebestlouisvuittonreplicas.com | x | |
| Defendant 732 | topbaglouisvuitton.com | x | |
| Defendant 733 | toplouisvuittonofficial.com | x | |
| Defendant 734 | tuolee.com | x | |
| Defendant 735 | ukbagsoutletonline.com | x | |
| Defendant 736 | usabagsale.com | x | |
| Defendant 737 | usalouisvuittonsales.com | x | |
| Defendant 738 | usalousivuittonofficial.com | x | |
| Defendant 739 | usbagsales.net | x | |

ORDER GRANTING PLAINTIFF'S FOURTH MOTION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER

| | | | |
|---|---|---|---|
| Defendant 740 | uslouisvuittonhandbagsstore.com | x | |
| Defendant 741 | us-louisvuittononline.com | x | |
| Defendant 742 | voguestyle4u.com | x | |
| Defendant 743 | vuittonbags.org | x | |
| Defendant 744 | vuittondamier.com | x | |
| Defendant 745 | vuittonhandbag.com | x | |
| Defendant 746 | vuittonluggage.com | x | |
| Defendant 747 | vuitton-store.com | x | |
| Defendant 748 | wanted-bag.com | x | |
| Defendant 749 | watchesad.com | x | |
| Defendant 750 | weboor.cn | x | |
| Defendant 751 | wholesalebagcenter.com | x | |
| Defendant 752 | wholesalebywholesale.com | x | |
| Defendant 753 | wholesalehandbagpurses.com | x | |
| Defendant 754 | wholesalehandbagswallets.com | x | |
| Defendant 755 | wholesalers-armani.com | x | |
| Defendant 756 | yeahwallets4sale.com | x | |
| Defendant 757 | zimmermanappraisals.com | x | |

ORDER GRANTING PLAINTIFF'S FOURTH MOTION
FOR ENTRY OF TEMPORARY RESTRAINING ORDER