Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>            Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>            Defendants. | Case No. 2:11-cv-00738-PMP-RJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 537, 553, 559, 611, 620, AND 679 WITHOUT PREJUDICE** |

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS 537, 553, 559, 611, 620, AND 679
WITHOUT PREJUDICE

Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of Defendant 537 - 77replicahandbags.com, Defendant 553 - boutiquesmall.com, Defendant 559 - cheapslouisvuitton-outlet-sales.net, Defendant 611 - louisvuittonguccichanel.com, Defendant 620 - louisvuittonreplicashandbagsoutlet.com, and Defendant 679 - luxemarquesoldes.com.

Louis Vuitton is dismissing, without prejudice, Defendant 537 - 77replicahandbags.com, Defendant 553 - boutiquesmall.com, Defendant 559 - cheapslouisvuitton-outlet-sales.net, Defendant 620 - louisvuittonreplicashandbagsoutlet.com, and Defendant 679 - luxemarquesoldes.com, because Louis Vuitton subsequently learned these domain names were subject to orders issued by other United States District Courts. Further, the associated counterfeit websites are now disabled and are no longer selling counterfeit Louis Vuitton branded goods.

Louis Vuitton is dismissing Defendant 611 - louisvuittonguccichanel.com, because the Defendant's registration of the domain name expired. Further, the associated counterfeit website is now disabled and is no longer selling counterfeit Louis Vuitton branded goods

Dated: June 22, 2012

Respectfully submitted,

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135

IT IS SO ORDERED.

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

Dated: June 25, 2012.