| | |
|---|---|
| 1 | Ryan E. Johnson |
| | Nevada Bar # 9070 |
| 2 | The Law Office of WATSON ROUNDS |
| | 10000 West Charleston Blvd., Suite 240 |
| 3 | Las Vegas, NV 89135 |
| | Telephone: (702) 636-4902 |
| 4 | Facsimile: (702) 636-4904 |
| | rjohnson@watsonrounds.com |
| 5 | |
| 6 | Stephen M. Gaffigan (Admitted *Pro Hac Vice*) |
| | STEPHEN M. GAFFIGAN, P.A. |
| 7 | 401 East Las Olas Blvd., Suite 130-453 |
| | Ft. Lauderdale, Florida 33301 |
| 8 | Telephone: (954) 767-4819 |
| | Facsimile: (954) 767-4821 |
| 9 | stephen@smgpa.net |
| 10 | |
| 11 | *Attorneys for Plaintiff* |
| | *LOUIS VUITTON MALLETIER, S.A.* |

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, | ) ) ) | Case No. 2:11-cv-00738-PMP-RJJ |
| Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 632 WITHOUT PREJUDICE** |
| v. | ) ) | |
| 1854LOUISVUITTON.COM, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

1

1 | Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of Defendant 632 - louisvuittononlineoutletus.com. Louis Vuitton is dismissing this defendant, without prejudice, because Louis Vuitton subsequently learned the Defendant's domain name at issue, louisvuittononlineoutletus.com, was seized by the Department of Homeland Security - Immigration and Customs Enforcement. Further, the associated counterfeit website is now disabled and is no longer selling counterfeit Louis Vuitton branded goods.

Dated: September 17, 2012

Respectfully submitted,

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: September 18, 2012.

2
_____
NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT 632 WITHOUT PREJUDICE