Ryan E. Johnson
Nevada Bar # 9070
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,<br>a foreign business entity,<br><br>Plaintiff,<br><br>v.<br><br>1854LOUISVUITTON.COM, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00738-PMP-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS WITHOUT PREJUDICE** |

1

Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton"), by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, without prejudice, of the Defendants listed on Schedule A hereto. Louis Vuitton is dismissing these defendants, without prejudice, because Louis Vuitton has been unable to effectuate service of process on these Defendants.

Louis Vuitton also dismisses, without prejudice, its claims against Defendant 468 - pursevalley.asia a/k/a louisvuittonspeedy25.com and a/k/a louisvuittonspeedy35.com with respect to the domain name pursevalley.asia only, as this domain name is subject to an order issued by another United States District Court and the associated website is no longer selling counterfeit Louis Vuitton branded products. Plaintiff's claims against Defendant 468 as to the domain names louisvuittonspeedy25.com and louisvuittonspeedy35.com shall remain pending.

Dated: February 6, 2013                    Respectfully submitted,

By: /s/ Ryan E. Johnson
Ryan E. Johnson (Nevada Bar # 9070)
The Law Office of WATSON ROUNDS
10000 West Charleston Blvd., Suite 240
Las Vegas, NV 89135

*Of Counsel:*
Stephen M. Gaffigan
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2013.

2

**SCHEDULE A**

| Defendant 9: | acereplica.com |
|---|---|
| Defendant 10: | amazing-bags.com |
| Defendant 12: | bagreplicator.com |
| Defendant 24: | buyreplicahandbags.info |
| Defendant 34: | designer-replicahandbags.com |
| Defendant 35: | discountbagsoutlet.com |
| Defendant 40: | eshop4bags.com |
| Defendant 42: | exquisitebag.com |
| Defendant 73: | honey-replicas.net a/k/a honey-replicas.co |
| Defendant 92: | louis-vuitton-replicas.com |
| Defendant  100: | lvuksale.com |
| Defendant 109: | newlouisvuitton.com |
| Defendant 111: | omegarecall.com |
| Defendant 119: | poshmoda.com |
| Defendant 121: | purereplicabags.com |
| Defendant 131: | replicahandbags4.com |
| Defendant 234 | aqualitybags.com |
| Defendant 243 | bagreef.com |
| Defendant 244 | bagscelebrity.org |
| Defendant 254 | buylouisvuittonaustralia.com |
| Defendant 254 | buylouisvuittonaustralia.eu |
| Defendant 260 | cheapbagss.biz |
| Defendant 266 | cheaplouisvuittonmonogram.com |
| Defendant 268 | cheaplouisvuittonshandbags.net |
| Defendant 311 | handbags.vc |

3

| | |
|---|---|
| Defendant 312 | handbagshopcom.com |
| Defendant 315 | handbagssquare.com |
| Defendant 318 | hermine-guingamp.com |
| Defendant 322 | hothandbagsale.com |
| Defendant 332 | kdwatches.com |
| Defendant 334 | krsea.com |
| Defendant 406 | louisvuittonsale2011.info |
| Defendant 406 | louisvuittonsale.info |
| Defendant 418 | louisvuittonwow.com |
| Defendant 436 | lv-trade.com |
| Defendant 439 | monlouivuitton.com |
| Defendant 457 | ordinacijatadic.com |
| Defendant 458 | ornamentsbuy.com |
| Defendant 462 | perfectreplicahandbags.com |
| Defendant 463 | portero-luxury.com |
| Defendant 464 | porterostore.com |
| Defendant 467 | purseshopus.com |
| Defendant 475 | replicagoods.net |
| Defendant 476 | replicahandbagsuks.com |
| Defendant 486 | saclouisvuittonfrsite.com |
| Defendant 489 | sacpascher4u.com |
| Defendant 509 | sunglasseshopping.com |
| Defendant 530 | watchrex.com |
| Defendant 531 | womenhandbags2u.com |
| Defendant 538 | achatlouisvenligne.com |
| Defendant 550 | bloedgroep.com |
| Defendant 554 | buyreplicahandbag.org |

4

| Defendant 570 | frlouisvmagasin.com |
|---|---|
| Defendant 581 | hottestreplicawatches4less.com |
| Defendant 586 | jobreplicawatch.net |
| Defendant 587 | koru-design.com |
| Defendant 603 | louisvuittonbagson.com |
| Defendant 641 | louisvuittonoutlet8online.com |
| Defendant 642 | louisvuittonoutlet9online.com |
| Defendant 644 | louisvuittonoutletlocations.com |
| Defendant 652 | louisvuittonoutletyou.org |
| Defendant 660 | louisvuittonsac2012.com |
| Defendant 671 | louisvuitton-sunglass.org |
| Defendant 675 | louisvuittonwww.com |
| Defendant 682 | luxuu.com |
| Defendant 687 | lv-designer-handbags.net |
| Defendant 692 | lvlouisvuittonoutlets.com |
| Defendant 700 | lvvuitton.org |
| Defendant 701 | lvyear.com |
| Defendant 702 | marqueluxesacspascher.com |
| Defendant 707 | oncheapestsale.com |
| Defendant 710 | partsunlimitednj.com |
| Defendant 719 | replicamall.org |
| Defendant 724 | replicawatchukstore.com |
| Defendant 725 | sacamainluxefr.com |
| Defendant 726 | saclouisvuittonspeedy.eu |
| Defendant 728 | shoplouisvuittonbags.us |
| Defendant 730 | starshandbags.co |
| Defendant 731 | thebestlouisvuittonreplicas.com |

5

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE

| Defendant 740 | uslouisvuittonhandbagsstore.com |
|---|---|
| Defendant 747 | vuitton-store.com |
| Defendant 750 | weboor.cn |
| Defendant 755 | wholesalers-armani.com |
| Defendant 757 | zimmermanappraisals.com |

6

NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANTS WITHOUT PREJUDICE