Ryan E. Johnson (Nevada Bar # 9070)
WATSON ROUNDS
10000 West Charleston Boulevard, Suite 240
Las Vegas, NV 89135
(702) 636-4902 (phone)
(702) 636-4904 (facsimile)
rjohnson@watsonrounds.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

*Attorneys for Plaintiff*
*LOUIS VUITTON MALLETIER, S.A.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| LOUIS VUITTON MALLETIER, S.A., a foreign business entity, | ) ) ) | Case No. 2:11-cv-00738-PMP-NJK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| 1854LOUISVUITTON.COM, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) ) | |

1

**FINAL DEFAULT JUDGMENT AND
PERMANENT INJUNCTION
AGAINST DEFENDANTS IDENTIFIED ON SCHEDULE "A"**

THIS MATTER having come before the Court upon motion by Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") for entry of a final default judgment of its claims against the Partnerships and Unincorporated Associations (collectively, the "Defendants") operating under the domain names (the "Subject Domain Names") identified on the attached Schedule A pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and entry of a permanent injunction; and the Court having considered the moving papers and there being no opposition thereto, and upon the following entries of Default by the Clerk on April 11, 2012 (e-docket 133), October 11, 2012 (e-dockets 192 and 193), and December 26, 2012 (e-docket 197);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Final Default Judgment and Permanent Injunction is GRANTED, and judgment is hereby entered in favor of Plaintiff, Louis Vuitton Malletier, S.A.., a foreign business entity, with its principal place of business located at 151, Rue Saint Honoré, 5th Floor, Paris, France, and against Defendants on all Counts of the Third Amended Complaint as follows:

(1)     Permanent Injunctive Relief:

The Defendants identified on Schedule "A" and their officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with the Defendants identified on Schedule "A" are hereby permanently restrained and enjoined from:

    (a)     manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the trademarks identified below:

| Trademark | Registration No. | Registration Date |
|---|---|---|
|  | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
|  | 1,519,828 | January 10, 1989 |

| | | | |
|---|---|---|---|
| 1 | **V** | 1,938,808 | November 28, 1995 |
| 2 | LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| 3 | ✦ | 2,177,828 | August 4, 1998 |
| 4 | ⊙ | 2,181,753 | August 18, 1998 |
| 5 | **V** | 2,361,695 | June 27, 2000 |
| 6 | ▓ | 2,378,388 | August 22, 2000 |
| 7 | LOUIS VUITTON PARIS | | |
| 8 | ▓ | 2,399,161 | October 31, 2000 |
| 9 | ▓ | 2,421,618 | January 16, 2001 |
| 10 | ◇ | 2,773,107 | October 14, 2003 |
| 11 | ⊙ | 3,023,930 | December 6, 2005 |
| 12 | ◇ | 3,051,235 | January 24, 2006 |
| 13 | ✦ | 3,021,231 | November 29, 2005 |

(collectively, the "LV Marks");

(b)     using the LV Marks in connection with the sale of any unauthorized goods;

(c)     using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants identified on Schedule "A" hereto as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

(d)     falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

(e)     engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants identified on Schedule A are in any way endorsed by, approved by, and/or associated with Plaintiff;

(f)     using any reproduction, counterfeit, copy, or colorable imitation of the LV Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants identified on Schedule A, including, without limitation, handbags, wallets, luggage, shoes, belts, scarves, sunglasses, charms, watches, and jewelry;

(g)     affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants identified on Schedule A as being those of Plaintiff or in any way endorsed by Plaintiff;

(h)     otherwise unfairly competing with Plaintiff;

(i)     effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above; and

(j)     using the LV Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants identified on Schedule A.

(2)     Additional Equitable Relief:

(a)     In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff;

(b)     Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

(c)     Upon Plaintiff's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall ensure that the top level domain Registries responsible for the Subject Domain Names transfer, change the Registrar of Record, and/or disable the Subject Domain Names.

(3)     The bond posted by Plaintiff in the amount of $20,000.00 is ordered to be released by the Clerk.

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

4

(4)    The Internet Registries for the domain names listed on Schedule A attached to the Order entering Voluntary Dismissal (e-docket 200) shall revert the Registrars of Record of the domain names listed on Schedule A attached to the Order entering Voluntary Dismissal (e-docket 200) to the Defendants' Registrars at the time the Registrars of Record were updated pursuant to the Temporary Restraining Orders entered in this matter.

(5)    This Case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

DATED:_____    February 11, 2013.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

**SCHEDULE A**

**DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER**

| Defendant No. | Domain Name |
|---|---|
| 7 | 960watch.com |
| 8 | abag2u.com |
| 13 | bagsfactory.net |
| 17 | best-replica-watch.com |
| 26 | cadudu.com |
| 48 | fashion-replica-bags.com |
| 50 | forevercbs.com |
| 53 | goooodbag.com |
| 56 | groundmart.com |
| 57 | handbag20.com |
| 58 | handbag4s.com |
| 59 | handbagforever.com |
| 60 | handbagsbeauty.com |
| 64 | handbags-sales.com |
| 67 | haoreplica.com |
| 71 | highwaywatches.com |
| 74 | hot-louisvuitton.com |
| 75 | huebags.com |
| 101 | memwatches.com |
| 112 | onebags.com |
| 116 | popreplicas.com |
| 134 | replicahandbagspro.com |
| 137 | replicaok.net |

| | | |
|---|---|---|
| 160 | thehandbags.us |
| 166 | toshopbag.com |
| 181 | wsreplicas.com |
| 183 | bmwbags.com |
| 184 | gubags.com |
| 185 | chaneltote.net |
| 186 | cheaphandbagselling.com |
| 187 | cheaplouisvuittonsell.com |
| 188 | clonesbar.com |
| 189 | fakelouisvuitton2un.com |
| 190 | handbag-brandreplica.com |
| 191 | handbags-louis-vuitton.com |
| 192 | idolbagsshop.com |
| 194 | louisvuittonfakes.co |
| 195 | louisvuittonhandbags4u.com |
| 196 | knockoffhandbags.us |
| 197 | louisvuitton-onsale.net |
| 198 | louisvuittonoutletonline-2012.org |
| 199 | louisvuittonoutlet2000.com |
| 200 | louisvuittonreplica2w.com |
| 201 | replicashopbella.com |
| 202 | lovinggucci.com |
| 203 | luxuriesbrands.com |
| 204 | lv-bagsmall.com |
| 205 | lvreplicaluggages.com |
| 206 | replicabagonline.com |
| 207 | replicalouisvuitton.org |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 208 | replicalouisvuitton2uk.com |
|-----|---------------------------|
| 209 | replicalouisvuittonoutlets.com |
| 210 | replicalouisvuitton-sale.com |
| 211 | replicalouisvuittonssale.com |
| 212 | replicalouisvuittonusa.com |
| 213 | replicalouisvuittonmall.com |
| 214 | shoes-belt-china.com |
| 215 | tobenone.com |
| 216 | topdesignerhandbagsdiscount.com |
| 217 | louisvuittonreplicanyc.com |
| 218 | topreplicadesignerbags.com |
| 219 | top-replica-handbagss.com |
| 220 | top-replicahandbags.co |
| 221 | trna2010.com |
| 222 | webgrabbag.com |
| 223 | 1854love.com |
| 224 | 2012-louisvuitton.com |
| 224 | cheaplouis-vuitton-2012.info |
| 224 | louisvuittonforcheapusa.com |
| 225 | 2012-louis-vuitton.com |
| 226 | 1louisvuittonoutlet1.com |
| 226 | louisvuittonoutletuonline.net |
| 227 | 8louisvuitton.com |
| 227 | bagstop.net |
| 228 | 9uk.org |
| 229 | aabags.com |
| 230 | aapii.org |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 231 | abcscale.biz |
|---|---|
| 232 | alouisvuittonoutlet.net |
| 232 | eleganceshoppe.net |
| 233 | aluablelouisvuitton.com |
| 233 | valuablelouisvuitton.com |
| 235 | ashopk.com |
| 236 | aud-lvbags.com |
| 237 | authenticlouisvuittonoutletusa.com |
| 238 | backwatches.com |
| 238 | vswatches.org |
| 239 | bag20.com |
| 240 | bag-charms.net |
| 240 | replicasok.co |
| 240 | bagcharms2buy.com |
| 241 | bagfavorite.com |
| 242 | bagonlineretail.com |
| 245 | bagtop3.com |
| 246 | balenciaga-bag.net |
| 247 | louisvuittona.com |
| 247 | baylouisvuittonoutlets.com |
| 248 | belt-outlet.com |
| 249 | bestknockoffhandbags.com |
| 250 | bestreplicaslouisvuitton.com |
| 251 | buoud.net |
| 252 | buyalvbags.com |
| 253 | buycheapgucci.com |
| 255 | buytopbags.net |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 255 | buytopbags.co |
|---|---|
| 256 | buy-top-replicas.biz |
| 257 | charpentier-marine-66.com |
| 258 | chaudssacenligne.com |
| 259 | cheapbagsoultet.com |
| 261 | cheapguccibeltss.com |
| 262 | cheaphermesbelt.com |
| 263 | cheaplouisvuittonbagsh.net |
| 264 | cheaplouisvuittonhandbags-outlet.net |
| 265 | cheaplouisvuittonhandbagss.com |
| 267 | cheap-louis-vuitton-outlet.us |
| 269 | cheaplouisvuittonv.net |
| 270 | cheapluxuryoutlet.net |
| 270 | tjs-jx.com |
| 271 | cheapreplicalv.com |
| 272 | cheapscarvesonline.com |
| 274 | cherlessacs.com |
| 275 | chicbagcharms.com |
| 276 | chickingdom.com |
| 277 | chinacheapairshoes.com |
| 278 | chinaonlinesale.com |
| 279 | classical-shoes.com |
| 280 | cnsbags.com |
| 281 | cozyshoekindom.com |
| 282 | designerhandbagscheap.info |
| 283 | designerhandbagsdiscounted.com |
| 284 | discount-louisvuitton.org |

| 285 | discountlouisvuittonhandbagss.com |
| 286 | discountwatchstores.com |
| 287 | doterhandbags.com |
| 288 | dressesstop.com |
| 289 | ebagswatches.com |
| 290 | ebaybag.com |
| 291 | eluxurybagoutlet.com |
| 292 | e-luxurybrandbag.com |
| 293 | e-luxurybrandbags.com |
| 293 | eluxuryestore.com |
| 294 | eluxuryinstyle.com |
| 295 | eluxurylvbag.com |
| 296 | eluxurytopbag.com |
| 297 | eshoesbags.com |
| 298 | fakebagsmall.com |
| 299 | fakelvbelts.com |
| 300 | fashionbag4sale.com |
| 301 | fashionbagspace.com |
| 302 | fashionscarfoutlet.com |
| 303 | fendibyfendi-discount.com |
| 304 | flreplica.com |
| 305 | fly-replica.com |
| 306 | fullbags.com |
| 307 | goodguccibags.com |
| 308 | guccidglv.com |
| 309 | gulaiwu.com |
| 310 | handbagbase.biz |
| 313 | handbagslouisvuittonreplica.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 316 | handbagsworldtop.com |
|-----|----------------------|
| 317 | hehelbags.com |
| 319 | high-kreplica-handbags.com |
| 321 | hotbaghouse.com |
| 323 | ilvlouisvuittonoutlet.com |
| 323 | iclouisvuittonoutlet.com |
| 324 | ilovelouisvuitton.net |
| 325 | ioolv.com |
| 326 | isweetclothing.com |
| 327 | itlouisvuittonsoutlet.net |
| 328 | itophandles.com |
| 329 | jcoopernicholson.com |
| 330 | join2resell.com |
| 331 | kamliurealty.com |
| 333 | knockoff-lv-purses.com |
| 335 | ladylouisvuittonoutlet.com |
| 336 | lamodelouis.com |
| 337 | link-replica.org |
| 338 | lostores.com |
| 339 | louisavuittonbagsale.com |
| 340 | louisvuitton2012.org |
| 341 | louisvuitton24.com |
| 342 | louisvuittonbag-outlet.com |
| 342 | louisvuittonbag-outlet.net |
| 343 | louisvuittonbags-2012.net |
| 344 | louisvuittonbagsale.org |
| 345 | louisvuittonbags-hot.com |

| 346 | louisvuittonbagsonline.org |
| 346 | lvhandbagsoutletsale.com |
| 347 | louisvuittonbagsoutlet4us.com |
| 348 | louisvuittonbagsoutletu.com |
| 349 | louisvuittonbeltforsale.com |
| 350 | louisvuittonborseoutlet.biz |
| 351 | louisvuittoncheapnow.com |
| 352 | louisvuittondamier.us |
| 353 | louisvuittondesigner.net |
| 354 | louisvuittonenligne.com |
| 354 | louisvuittonnligne.com |
| 355 | louisvuitton-fr.com |
| 356 | louisvuittonhandbagsonsale-us.net |
| 357 | louisvuittonhandbagsoutletsale.com |
| 357 | louisvuittonhandbags-outletsale.com |
| 358 | louisvuittonhandbagsoutlet-us.com |
| 359 | louisvuitton-handbags-replica.com |
| 360 | louisvuittonhandbagsreplicas.com |
| 361 | louisvuittonhandbagssale.us |
| 362 | louisvuittonimitation.com |
| 363 | louisvuittonlinesale.net |
| 364 | louisvuittonlinesstore.com |
| 364 | louisvuittonlinestores.net |
| 365 | louisvuittonluxuryoutlets.com |
| 366 | louisvuittonmallstore.com |
| 367 | louisvuittonmodes.com |
| 367 | louisvuitton-modes.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 368 | louisvuittonnewarrival.com |
| 369 | louisvuittonofficialoutlet.net |
| 370 | louisvuittonofficialoutlet.org |
| 371 | louisvuittonofficialshop.net |
| 372 | louisvuittonofficialweb.com |
| 373 | louis-vuittonoutlet2012.net |
| 374 | louisvuitton-outlet2012.org |
| 375 | louisvuittonoutlet6v.com |
| 376 | louisvuittonoutletenter.com |
| 377 | louisvuittonoutletget.com |
| 378 | louisvuittonoutletmallu.com |
| 379 | louisvuittonoutlet-online.info |
| 379 | wldavisonforensicsinc.com |
| 380 | louisvuittonoutletpick.com |
| 381 | louisvuittonoutletsale2u.com |
| 382 | louisvuittonoutletsalee.com |
| 382 | louisvuittonoutletsalee.org |
| 383 | louisvuittonoutletsalego.com |
| 383 | louisvuittonoutletsaletime.com |
| 384 | louisvuittonoutletsaless.net |
| 385 | louisvuittonoutletsaleus.net |
| 386 | louisvuittonoutletsalls.com |
| 387 | louisvuittonoutlets-site.com |
| 387 | louisvuittonoutlets-site.net |
| 388 | louisvuittonoutlets-store.com |
| 388 | louisvuittonoutlets-store.net |
| 389 | louisvuittonoutletsuk.co.uk |
| 389 | lv-outletsale.com |

| 390 | louisvuittonoutlettops.com |
| 391 | louisvuittonoutletusa2012.org |
| 391 | louisvuittonoutletus2012.net |
| 392 | louisvuittonoutletus2012.org |
| 393 | louisvuittonoutletwebsite.com |
| 393 | louisvuittonoutletwebsites.com |
| 394 | louisvuitton-pas-chers.com |
| 395 | louisvuittonreplica4u.com |
| 395 | fashion-knock-off-handbags.com |
| 396 | louisvuittonreplicabest.com |
| 396 | louisvuittonreplicabest.org |
| 397 | louisvuittonreplicahandbags2012.com |
| 398 | louisvuittonreplicahandbagsoutlet.com |
| 399 | louisvuittonreplicahandbagssale.com |
| 400 | louisvuittonreplican.com |
| 401 | louisvuittonreplicashandbagssale.com |
| 402 | louisvuittonreplicazone.com |
| 402 | louisvuittonreplicazones.com |
| 403 | louis-vuitton-sac.net |
| 404 | louis-vuitton-sale.org.uk |
| 405 | louisvuittonsale12.com |
| 405 | louisvuittonsalez.net |
| 407 | louisvuittonsaleofficial.com |
| 408 | louisvuittonsaleoutlets.com |
| 409 | louisvuittonsales.net |
| 410 | louisvuittonsalestoreus.com |
| 411 | louisvuittonshoping.com |

| 412 | louisvuittonsmyynti.com |
|-----|-------------------------|
| 413 | louisvuittonstore-onlines.com |
| 413 | louisvuittonstore-onlines.net |
| 414 | louis-vuitton-storesales.com |
| 414 | louis-vuitton-storesales.net |
| 415 | louisvuittonsunglasses.net |
| 415 | louisvuittonsunglasses-us.net |
| 416 | louisvuittonsventa.com |
| 417 | louisvuittonwebsite.biz |
| 419 | louisvuitttonluxuryoutlet.com |
| 419 | louisvuittonluxuryoutlet.com |
| 420 | louisvuitttonofficialmall.com |
| 420 | louisvuittonofficialmall.com |
| 421 | louisvuitttonofficialsale.com |
| 421 | louisvuitttonofficialsales.com |
| 421 | louisvuittonofficialsale.com |
| 422 | luxpurse.com |
| 423 | luxurychinabusiness.com |
| 424 | luxuryhandbagsonsale.com |
| 425 | luxuryjeansonline.com |
| 426 | luxury-louisvuittonoutlet.com |
| 426 | luxury-louisvuittonoutlet.net |
| 427 | luxurylouisvuittonoutlets.net |
| 428 | luxurylouisvuittonsale.net |
| 428 | reallouisvuittonstore.net |
| 429 | luxurylvshops.com |
| 430 | lv-louisvuittons.com |

| 431 | lvlouisvuittonusa.com |
| 432 | lvonlineshop.net |
| 433 | lvoutlet2012.com |
| 433 | louisvuittonoutletit2001.net |
| 434 | lvoutlet4gift.com |
| 435 | lv-outletsstores.com |
| 437 | lv-wallets.net |
| 438 | masellmall.com |
| 440 | moontaki.com |
| 441 | mvpscarves.com |
| 442 | mylittlesecretbox.com |
| 443 | mylvoutlets.com |
| 443 | topbrandmart.com |
| 443 | luxuriesmart.com |
| 444 | wowatch.com |
| 445 | yesmyhandbags.com |
| 446 | newstyleline.com |
| 447 | guccioutletofficial.org |
| 447 | officialguccioutlet.org |
| 448 | officiallouisvuitton2012.net |
| 449 | officiallouisvuittonoutlet2012.com |
| 450 | officiallouisvuittonsales.com |
| 451 | officiallouisvuittonstore.net |
| 451 | officiallouisvuittonstores.net |
| 451 | officiallouisvuitttonstore.com |
| 452 | officiallvstore.com |
| 452 | officiallouisvuittonspace.com |
| 453 | officialoutletlouisvuitton.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 454 | oklvbags.com |
|-----|--------------|
| 455 | online-groupon.com |
| 456 | onsaleinbox.com |
| 459 | ourbag123.com |
| 460 | ourlouisvuittonoutletswill.com |
| 461 | pascherlvsacs.net |
| 465 | poshmoda.bz |
| 465 | luxbagz.com |
| 466 | pursepace.com |
| 468 | pursevalley.asia |
| 468 | louisvuittonspeedy25.com |
| 468 | louisvuittonspeedy35.com |
| 469 | reallouisvuittonshop.net |
| 470 | reallouisvuitttonstore.com |
| 470 | reallouisvuittonstore.com |
| 471 | reallvbags.com |
| 472 | replicabaghandbagsales.com |
| 473 | replicabagsus.com |
| 473 | replicabags-usa.com |
| 474 | replicagears.net |
| 477 | reallouisvuittonofficial.com |
| 478 | replicahandbagvip.com |
| 479 | replicalouisvuittonbagsshop.com |
| 480 | replicalouvuitonlla9u.com |
| 481 | replicavuittonsale.com |
| 482 | sacamainpaschersolde.com |
| 482 | mobilier-creation.com |

| 483 | sacenlignefrance.com |
|-----|---------------------|
| 484 | sac-louisvuitton-fr.com |
| 484 | ssaclouisvuittonfr.com |
| 485 | saclouisvuittonfr-fr.com |
| 487 | saclouisvuittonpaschers.org |
| 488 | saclvpascher.net |
| 490 | sac-pas-cheres.com |
| 491 | sacpaschermarque.com |
| 492 | sacs-deluxe.com |
| 493 | sacslv.net |
| 494 | sacsmagasinfr.com |
| 494 | sacsmagasinfrance.com |
| 495 | sacspascher1.org |
| 496 | sacvuitton-pascher.com |
| 497 | salebestbag.com |
| 498 | salefashionscarf.com |
| 499 | salelouisvuittonofficial.com |
| 500 | seasoninhandbags.com |
| 501 | sell-purses.net |
| 502 | shoesbagsfashions.com |
| 503 | shoesbeltsale.com |
| 504 | shopccc.com |
| 505 | shoptopbags.com |
| 505 | shopstopbags.com |
| 506 | shopulove.com |
| 506 | louisvuittonlabel.com |
| 507 | skhandbags.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

19

| 508 | suit-bay.com |
|-----|--------------|
| 510 | sunglassesling.com |
| 510 | designerscarves2u.com |
| 510 | louisbagsale.com |
| 510 | xclones.net |
| 511 | sunglassestore.com |
| 512 | thelouisvuittonoutlet2012.com |
| 513 | ties-store.com |
| 514 | topbrandhandbags2u.com |
| 515 | top-looks.com |
| 515 | dear-purse.com |
| 515 | louis-vuitton-mart.com |
| 516 | topreplicalouisvuitton.com |
| 517 | top-replicaluxury.com |
| 518 | usalouisvuittonbagsoutlets.com |
| 519 | usalouisvuittonshop.com |
| 519 | uslouisvuittonshop.com |
| 520 | usaofficiallouisvuitton.com |
| 520 | usofficiallouisvuitton.com |
| 521 | usbagsaleoutlets.com |
| 522 | us-louisvuittonoutlethandbags.org |
| 523 | uslousivuittonofficial.com |
| 524 | uslvbagsoutlet.com |
| 525 | usofficiallouisvuittonshop.com |
| 526 | uvlover.com |
| 527 | ventereplicalv.com |
| 528 | vogueme.com |
| 529 | watchqualitywatches.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

| 532 | wonderfullouisvuitton.com |
|-----|---------------------------|
| 532 | wonderfullouisvuittons.com |
| 533 | worldtopbags.com |
| 534 | worldtop-bags.com |
| 535 | yourslouisvuittonoutlets.com |
| 535 | kingdombags.com |
| 536 | 2012ltpurses.info |
| 539 | acheterlouisvuitton.net |
| 540 | authenticlouisvuittonoutlet2012.com |
| 541 | avvincentelouis.com |
| 542 | bagbagshandbags.com |
| 543 | baggroups.com |
| 544 | bagoutlets.net |
| 545 | bagsaleoutlet.net |
| 546 | bagsokbuy.com |
| 547 | bags-watches-replicas.net |
| 548 | beltsmall.net |
| 549 | bitverde.org |
| 551 | borsevuittonitaly.com |
| 552 | bossreplica.com |
| 555 | cheapbagsto.com |
| 556 | cheap-louisvuittonbeltss.net |
| 557 | cheaplvbag.net |
| 558 | cheapslouisvuitton-outlet-sales.com |
| 560 | cvcee.com |
| 561 | ebaylouisvuitton.com |
| 562 | elouisvuittonsbrands.com |

| 563 | eluxurybrand.com |
|---|---|
| 564 | eluxuryeshop.com |
| 565 | estorecc.com |
| 566 | fakelouisvuittonhandbags.com |
| 567 | fashionrocker.com |
| 568 | fashionscarfoline.com |
| 569 | fauxlouisvuittongucci.com |
| 571 | fr-louisvuittonoutlet.com |
| 572 | gpbuy001.com |
| 573 | greatshop4u.com |
| 574 | guccioutlet24.com |
| 575 | guccioutlet24.org |
| 576 | handbags1225.com |
| 577 | handbagsmodel.com |
| 578 | handbagswalletsbelts.com |
| 579 | handbagsworldss.com |
| 580 | hotlouisvuittonreplica.com |
| 582 | hqbrandwatches.com |
| 583 | imitationlouisvuittongucci.com |
| 584 | itisdesignere.net |
| 585 | itisreplicae.net |
| 588 | ladysfield.com |
| 589 | likebuyshop.com |
| 590 | louisevuitton.net |
| 591 | louissale.com |
| 592 | louisstore.com |
| 593 | louisvuitton12.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION
22

| 594 | louisvuitton4store.com |
|-----|------------------------|
| 595 | louisvuitton7.com |
| 596 | louisvuittonabout.com |
| 597 | louisvuittonamericas.com |
| 598 | louisvuittonbagcheapest.com |
| 599 | louisvuittonbags2012.com |
| 600 | louisvuittonbags6v.com |
| 601 | louisvuittonbags7.com |
| 602 | louisvuittonbagso.net |
| 604 | louisvuittonbagsreplicaoutlet.com |
| 605 | louisvuittonbagsreplicasale.com |
| 606 | louisvuitton-bags-saleless.com |
| 607 | louisvuittonbagstock.com |
| 608 | louisvuitton-belts.net |
| 609 | louisvuittonchristmas.com |
| 610 | louisvuittondealsonine.com |
| 612 | louisvuittonhandbags7.com |
| 613 | louisvuittonhandbagsin.com |
| 614 | louisvuittonhandbagsreplicasale.com |
| 615 | louisvuittonhandbagssaleus.com |
| 616 | louisvuitton-knockoff.com |
| 617 | louisvuittonlasvegas.com |
| 618 | louisvuittonlinesstores.com |
| 619 | louisvuittonlouisvuitton.org |
| 621 | louis-vuitton-love.com |
| 622 | louisvuittonluggageoutlet.com |
| 623 | louisvuittonmen.com |

FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION
23

| 624 | louisvuittonmenwomen.com |
|---|---|
| 625 | louisvuittonmonogram7.com |
| 626 | louisvuittonmore.com |
| 627 | louisvuittonnewyork.com |
| 628 | louisvuittonofficialoutlet2012.com |
| 629 | louisvuittonofficialoutlets.net |
| 630 | louisvuittonok.net |
| 631 | louisvuittononfactory.com |
| 633 | louisvuittononlineoutlet-usa.com |
| 634 | louis-vuitton-online-shop.net |
| 635 | louisvuittononline-usa.net |
| 636 | louisvuitton-on-sale.net |
| 637 | louisvuittonoutlet2012s.com |
| 638 | louisvuittonoutlet2012s.net |
| 639 | louisvuittonoutlet360.net |
| 640 | louisvuittonoutlet7.net |
| 643 | louisvuittonoutletjan.com |
| 645 | louisvuittonoutletofficialwebsite.com |
| 646 | louisvuittonoutletofficialwebsites.com |
| 647 | louisvuittonoutlet-onliness.com |
| 648 | louisvuittonoutlet-onliness.net |
| 649 | louis-vuitton-outletsale.com |
| 650 | louisvuittonoutlets-sites.com |
| 651 | louisvuittonoutletyou.com |
| 653 | louis-vuitton-pascher.com |
| 654 | louisvuittonprices.com |
| 655 | louisvuittonpurseso.com |

| 656 | louisvuittonreplica7.com |
|-----|---------------------------|
| 657 | louisvuittonreplicabagsoutlet.com |
| 658 | louisvuittonreplicasfr.com |
| 659 | louisvuittonreplicashopusa.com |
| 661 | louisvuittonsacs2012.com |
| 662 | louis-vuittonsale.com |
| 663 | louisvuittonsalefor.com |
| 664 | louisvuitton-singapore.com |
| 665 | louisvuittonsoutlet2012s.com |
| 666 | louisvuittonspeedy7.com |
| 667 | louisvuittonstore7.com |
| 668 | louisvuittonstoremen12.com |
| 669 | louisvuittonstore-onlines.org |
| 670 | louisvuittonstylesale.com |
| 672 | louisvuittonvegas.com |
| 673 | louisvuitton-website.com |
| 674 | louisvuittonwebsite.net |
| 676 | louivuitton7.com |
| 677 | luisvuitton.org |
| 678 | luiviton7.com |
| 680 | luxurylouis.com |
| 681 | luxuryoutletstore.org |
| 683 | lv4sale.net |
| 684 | lvbags7.com |
| 685 | lv-bagsmalls.com |
| 686 | lvbagsoutletus.com |
| 688 | lvgonow.net |

| | |
|---|---|
| 689 | lvhandbag7.com |
| 690 | lvhandbagsoutlet2012.com |
| 691 | lv-knockoff.com |
| 693 | lvmillionairesunglasses.com |
| 694 | lvonlineoutlet.net |
| 695 | lvoutletshoes.com |
| 696 | lv-outletstores.com |
| 697 | lvreplica-purses.com |
| 698 | lv-shoesformen.net |
| 699 | lvvuitton.net |
| 703 | meihuabags.com |
| 704 | newlouisbag.com |
| 705 | newlouisvuittonoutlets.com |
| 706 | officiallv.net |
| 708 | outletlouisvuittonhandbagson.com |
| 709 | outletlouisvuittonn.com |
| 711 | paschereprixsolde.com |
| 712 | replicahandbagcheap.com |
| 713 | replicahandbagonlinesale.com |
| 714 | replicahandbagsoutlets.com |
| 715 | replicalouisvuitton-online.com |
| 716 | replicalouisvuittonun.com |
| 717 | replica-lvbags.com |
| 718 | replicalvluggage2u.com |
| 720 | replicas-fashion-handbags.com |
| 721 | replicaslouisvuittonhandbagsoutlet.com |
| 722 | replicaslouisvuittonhandbagswholesale.com |

| 723 | replicawatchesandhandbags.com |
| 727 | sacssacs.com |
| 729 | shoptopbags.net |
| 732 | topbaglouisvuitton.com |
| 733 | toplouisvuittonofficial.com |
| 734 | tuolee.com |
| 735 | ukbagsoutletonline.com |
| 736 | usabagsale.com |
| 737 | usalouisvuittonsales.com |
| 738 | usalousivuittonofficial.com |
| 739 | usbagsales.net |
| 741 | us-louisvuittononline.com |
| 742 | voguestyle4u.com |
| 743 | vuittonbags.org |
| 744 | vuittondamier.com |
| 745 | vuittonhandbag.com |
| 746 | vuittonluggage.com |
| 748 | wanted-bag.com |
| 749 | watchesad.com |
| 751 | wholesalebagcenter.com |
| 752 | wholesalebywholesale.com |
| 753 | wholesalehandbagpurses.com |
| 754 | wholesalehandbagswallets.com |
| 756 | yeahwallets4sale.com |